**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of __Oregon__
                                  (State)
Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Three J's Distributing, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Cascade Pride

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

9 1 – 1 2 8 7 0 8 1
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 16251 SE 98th Ave. | 117 SE Taylor St., Suite 300 |
| Number   Street | Number   Street |
| | _____ |
| | P.O. Box |
| Clackamas       OR    97015 | Portland       OR    97204 |
| City       State   ZIP Code | City       State   ZIP Code |

**Location of principal assets, if different from principal place of business**

_____
Number   Street

_____

_____
City       State   ZIP Code

Clackamas
County

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

| Debtor | Three J's Distributing, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**6. Debtor's website** (URL)   http://www.3js.com/

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY
  
  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

**Part 3: Report About the Case**

**10. Venue**

*Check one:*
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:
- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

| Debtor | Three J's Distributing, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| United States Bakery | Goods sold & delivered | $437,584.10 |
| Farmer Bros. Co. | Goods sold & delivered | $887,365.13 |
| MYOB, LLC dba Wholesale Baking | Delivery of Baked Goods, Breach of Contract | $21,986.16 |
| | Total of petitioners' claims | $ 1,346,935.39 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

United States Bakery
Name

315 NE 10th Avenue
Number   Street

Portland                     OR            97232
City                         State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Michael R. Petitt, CFO
Name

315 NE 10th Avenue
Number   Street

Portland                     OR            97232
City                         State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/28/2018
           MM / DD / YYYY

X /s/ Michael R. Petitt, CFO
Signature of petitioner or representative, including representative's title

**Attorneys**

Timothy J. Conway
Printed name

Tonkon Torp LLP
Firm name, if any

888 SW Fifth Ave., Suite 1600
Number   Street

Portland                     OR            97204
City                         State         ZIP Code

Contact phone 503-802-2027   Email timothy.conway@tonkon.com

Bar number OSB No. 044072

State Oregon

X /s/ Timothy J. Conway
Signature of attorney

Date signed 6/28/2018
            MM / DD / YYYY

| Debtor | Three J's Distributing, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**Name and mailing address of petitioner**

Farmer Bros. Co.
Name

1912 Farmer Brothers Drive
Number    Street

Northlake                TX           76262
City                     State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

David Robson, CFO
Name

1912 Farmer Brothers Drive
Number    Street

Northlake                TX           76262
City                     State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/27/2018
              MM / DD / YYYY

✗ /s/ David Robson, CFO
Signature of petitioner or representative, including representative's title

B. Scott Whipple
Printed name

Whipple Law Office, LLC
Firm name, if any

1675 SW Marlow Avenue, Suite 201
Number    Street

Portland                 OR           97225
City                     State        ZIP Code

Contact phone  503-222-6004   Email scott@whipplelawoffice.com

Bar number   OSB No. 983750

State        Oregon

✗ /s/ B. Scott Whipple
Signature of attorney

Date signed   6/28/2018
              MM / DD / YYYY

Debtor  Three J's Distributing, Inc.  
Name

Case number (if known)_____

**Name and mailing address of petitioner**
MYOB, LLC dba Wholesale Baking  
Name

2780 Gateway Road  
Number   Street

Carlsbad                              CA               92009  
City                                  State            ZIP Code

**Name and mailing address of petitioner's representative, if any**
Howard Bode, Owner  
Name

2780 Gateway Road  
Number   Street

Carlsbad                              CA               92009  
City                                  State            ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/27/2018  
            MM / DD / YYYY

✗ /s/ Howard Bode, Owner  
Signature of petitioner or representative, including representative's title

Erich M. Paetsch  
Printed name

Saalfeld Griggs PC  
Firm name, if any

Park Place Suite 200, 250 Church Street SE  
Number   Street

Salem                              OR               97301  
City                               State            ZIP Code

Contact phone  503-399-1070   Email  epaetsch@sglaw.com

Bar number  OSB No. 993350

State  Oregon

✗ /s/ Erich M. Paetsch  
Signature of attorney

Date signed  6/27/2018  
             MM / DD / YYYY

# United States Bankruptcy Court
## District of Oregon

In re **Three J's Distributing, Inc.**
Debtor(s)

Case No.
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **United States Bakery** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

6/28/2018
Date

*/s/ Timothy J. Conway*
Timothy J. Conway, OSB No. 044072
Signature of Attorney or Litigant
Counsel for   United States Bakery

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204

**Telephone: 503-802-2027**          **Fax: 503-972-3727**

# United States Bankruptcy Court
## District of Oregon

In re **Three J's Distributing, Inc.**  
Debtor(s)

Case No. _____  
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Farmer Bros. Co.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

- Farmer Bros. Co. Employee Stock Ownership Plan

☐ None [*Check if applicable*]

6/28/2018  
Date

*/s/ B. Scott Whipple*  
B. Scott Whipple, OSB #983750  
Signature of Attorney or Litigant  
Counsel for   Farmer Bros. Co.

Whipple Law Office, LLC  
1675 SW Marlow Avenue, Suite #201  
Portland, OR 97225

**Telephone: 503-222-6004**          **Fax: N/A**

# United States Bankruptcy Court
## District of Oregon

In re **Three J's Distributing, Inc.**  
Debtor(s)

Case No.  
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MYOB, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| 6/28/2018 | */s/ Erich M. Paetsch* |
| Date | Erich M. Paetsch, OSB No. 993350 |
| | Signature of Attorney or Litigant |
| | Counsel for   MYOB, LLC |

Saalfeld Griggs PC  
250 Church Street SE, Suite 200  
Salem, OR 97301

**Telephone: 503-399-1070**     **Fax: 503-371-2927**