Brad T. Summers
OSB No. 911116
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Kenneth S. Eiler, PC, as
Assignee for the Benefit of Creditors of
Three J's Distributing, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| THREE J'S DISTRIBUTING, INC., | ) | CASE NO. 18-32288-pcm7 |
| | ) | |
| Debtor. | ) | NOTICE OF FILING OF ASSIGNEE'S |
| | ) | FINAL ACCOUNTING |

Kenneth S. Eiler, PC, as Assignee for the Benefit of Creditors of Three J's Distributing,

Inc., hereby submits the Assignee's Final Accounting for the period from June 20, 2018 through

August 17, 2018, attached hereto as Exhibit A.

DATED:  August 22, 2018

LANE POWELL PC

By /s/ Brad T. Summers
  Brad T. Summers
  OSB No. 911116
  Telephone: 503.778.2100
  Facsimile: 503.778.2200
Attorneys for Kenneth S. Eiler, PC, as Assignee for
the Benefit of Creditors of Three J's Distributing,
Inc.

PAGE 1     NOTICE OF FILING OF ASSIGNEE'S FINAL ACCOUNTING

# KENNETH S. EILER, P.C

*Receiver*
***Attorney at Law***
*Bankruptcy Panel Trustee*

| | | |
|---|---|---|
| In Re: Assignment for the Benefit of Creditors | ) | |
| | ) | |
| | ) | ASSIGNEE'S FINAL |
| THREE J's DISTRIBUTING, INC. | ) | ACCOUNTING |
| | ) | |
| | ) | |
| Assignor | ) | |
| | ) | |

Kenneth S. Eiler PC., the Assignee under a Common law Assignment for the Benefit of Creditors of Three J Distributing, Inc., submits the following Assignee's Final Accounting.

## INTRODUCTION

Three J's Distributing Inc. (the Company) ceased doing business on June 20, 2018. On that date, the Company executed an Assignment for the Benefit of Creditors (ABC), in which it assigned its assets to Kenneth S. Eiler PC., Assignee, to liquidate. The ABC contemplated that the Assignee would wind down the Company, file final income and payroll tax reports, liquidate the Company's real and personal property, solicit and audit creditor claims, and ultimately distribute funds to allowed claims. Prior to completion of these tasks, an involuntary petition in bankruptcy was filed in the U.S. Bankruptcy Court for the District of Oregon. Recently, an order for relief was entered by the Bankruptcy Court. This report covers the period from June 20, 2018 to the entry of the order of relief on August 17, 2018.

## ACTIVITIES OF THE ASSIGNEE

### Sale of Company's Vehicle Inventory

At the time of the ABC, an auction of a number of vehicles was pending at Ritchie Brothers Auction in Washington, California and Idaho. This auction was completed with the

Case 18-32288-pcm7    Doc 16    Filed 08/22/18

exception of six vehicles. A copy of the Auction Report from Ritchie Brothers is attached hereto as **Exhibit A**.

Just prior to closing, the Company drove most of its vehicles to its former business address at 9812 SE Elon St. in Clackamas, Oregon. The Company owns this property. The Assignee retained Commercial Industrial Auctioneers (CIA) to remove and auction all of those vehicles together with other personal property found at that site. That auction was completed on August 4, 2018. A copy of the Auction Report from CIA is attached hereto as **Exhibit B**.

The Assignee also located a number of Company vehicles located offsite and held by Juanita's Fine Foods at its location in Hood River. After consulting with CIA and the Company's principal, the Assignee agreed to sell those vehicles to Juanita's Fine Foods for $156,300.00.[1] A list of the vehicles subject to that sale is attached at **Exhibit C**.

The Assignee continued to investigate reports of other vehicles not mentioned above. He will share those efforts with the Chapter 7 Trustee in the near future.

### Sale of the Company's Real Property

The Company's former business location consists of a vacant lot together with an uninhabitable single family dwelling. In addition to removing the vehicles and storage trailers located on the property, the Assignee arranged to have a number of waste barrels, including several with hazardous waste, removed by NCR Environmental Services for proper disposal. All remaining debris, including scrap metal and tires, were removed from the property and taken to the dump. The entry gate was repaired and locked, however, the fence enclosing the property is failing in several places.

The property was listed for sale with Alexandra Henderson of Cushman Wakefield. She eventually obtained an offer from Lambert Family LLC, who owns the property next door, for $625,000. The Assignee conferred with Ms. Henderson, reviewed comparable sales data, and decided to counter this offer at $648,000. The Assignee's counter offer was accepted,

---

[1] The Assignee subsequently determined that the 1995 Ottawa Goat with an assigned value of $5,500 had been previously sold at auction. The Assignee refunded $5,500 to Juanita's Fine Food.

subject to the buyer's due diligence. At the time that the order for relief was entered, the buyer was scheduling a Phase I environmental study for the property. Assuming that study does not raise any issues, the buyer is ready to immediately close.

Because of the bankruptcy filing, this sale will need to be noticed and completed by the Chapter 7 Trustee. The Assignee will convey the property, which is currently titled to the Assignee, to the bankruptcy estate. There is a disputed judgment lien on the property, obtained within the last 90 days, that the Chapter 7 Trustee should be able to remove in the normal course. Otherwise, there is one mortgage on the property, that is in default, in favor of Oregon Pioneer FCU with an approximate balance of $118,000.00. At this time, insurance on the property has lapsed. The lender has been advised to force place insurance until the pending sale can be completed by the Chapter 7 Trustee.

The Assignee recommends that the Chapter 7 Trustee proceed with the pending sale. The Assignee will provide the Trustee with the current preliminary title report and the pending sale agreement. The Assignee's realtor and the pending buyer have been advised of the bankruptcy filing and are prepared to move forward with the sale procedures required by the Bankruptcy Code.

**Collection of Account Receivables**

The Assignee has collected a number of receivables and has been provided with a list of all remaining outstanding account receivables. The Assignee will provide this list to the Chapter 7 Trustee together with any information obtained to date.

**Tax Matters**

In light of the bankruptcy filing, the Assignee did not undertake to review, prepare, and/or file income and payroll tax returns. The Assignee generally understands that all payroll tax forms have been filed by ADP, the payroll processing service, and that all payroll taxes due have been paid. The Chapter 7 Trustee will need to work with ADP to file any year end payroll reports as well as next year's W-2s.

On a related note, the Company had a 401k Plan. The Assignee did not have authority

to wind down that Plan. The company's principal, Jon Jones, is the Plan Administrator. Mr. Jones and the third party plan administrator, ADP Retirement Services, were working to close out the Plan. The Assignee does not believe that this has been completed. The Chapter 7 Trustee will need to follow up with Mr. Jones and the third party administrator to close out the Plan.

### General Accounting

The Assignee undertook a review of the Company's bank records with the assistance of the Company's bookkeeper, Kelly Edwards. Ms. Edwards also assisted with collection of account receivables, certain payroll tax matters, and the closure of Company bank accounts. In general, she was extremely helpful. The Chapter 7 Trustee may find it necessary and useful to consult with her in the future. In any event, the Assignee will share with the Chapter 7 Trustee the historical banking information that he has obtained, including potential avoidance actions.

### Creditor Pool

The Assignee obtained a list of the Company's creditors from its principal, Jon Jones. The Assignee has added to this list as addition creditors became known. The list of creditors currently stands at 167. On July 9' 2018, the Assignee sent a letter to all creditors advising them of the ABC, and requesting that they complete and return an enclosed proof of claim form, with supporting documentation, by October 9, 2018. As of this writing, 35 claim forms have been returned to the Assignee.

The information collected by the Assignee suggests that the Company's general unsecured debt at the time of the ABC was over $8.7 million dollars. To date, the claims returned to the Assignee total nearly $2.0 million dollars. Of course, all creditors will now receive notification of the bankruptcy filing from the Bankruptcy Court, and they will be directed to file a new Proof of Claim with the Bankruptcy Court. The Assignee will provide the Trustee with the creditor claims he has received, together with the list of creditors that he has assembled. The Assignee anticipates being contacted by the Company's creditors regarding the requirement to file a 'new' proof of claim. The Assignee will assist them in understanding

that process.

**Conclusion**

Attached to this report as **Exhibit D** is Form 1. This document lists all assets administered by the Assignee up until the entry of the order for relief.

Also attached to this report as **Exhibit E** is Form 2. This document lists all monies received by the Assignee and all disbursements made. The Assignee will turn over all funds on hand to the Chapter 7 Trustee, together with any other monies that might come into his possession that belong to the Company. In addition, the Assignee will execute all documents necessary to allow the Chapter 7 Trustee to complete the sale of the Elon property. Finally, the Assignee will remain available during the pendency of the bankruptcy case to assist the Chapter 7 Trustee as may be requested.

Respectfully submitted,

/s/ Kenneth S. Eiler
Kenneth S. Eiler, Assignee

# EXHIBIT A

## REPORT OF AUCTIONEER - RITCHIE BROTHERS



**RITCHIE BROS.**
Auctioneers®

Ritchie Bros. Auctioneers (America) Inc.
P.O. Box 6429, Lincoln, NE USA 68506-0429
Tel (402) 421-3631  Fax (402) 421-1738  www.rbauction.com

## AUCTION SETTLEMENT STATEMENT

July 17, 2018

**Three Js Distributing**
PO Box 2890
Clackamas OR 97015-2890
UNITED STATES

Owner Code 2018193-R04

---

### CHEHALIS, WA  June 29, 2018

| | | | |
|---|---|---|---|
| Auction Proceeds    (US$) | | 173,000.00 | |
| | | | 173,000.00 |
| Commission | 145,250.00  @  11.00 | 15,977.50 | |
| Commission on Lots <= $ 2500 2 | 27,750.00  @  15.00 | 4,162.50 | |
| Commission Total | | | 20,140.00 |
| Net Proceeds | | | 152,860.00 |
| Deductions | | | |
| Repairs & Refurbishing | | 41.75 | W |
| Repairs & Refurb. Surcharge | 41.75  @  10.00 | 4.18 | W |
| Documentation Fee | | 2,665.00 | |
| 41 Titles @ 65.00 | | | |
| Washington state retail tax | 45.93  @   7.80 | 3.58 | |
| Total Deductions | | | 2,714.51 |

| | | | |
|---|---|---|---|
| **Net Settlement** | | **USD** | **150,145.49** |

| Disbursements: | | | |
|---|---|---|---|
| 2018/07/17    009-00011 | Three Js Distributing | | 150,145.49 |
| | | | 150,145.49 |

---

**Ritchie Bros. Auctioneers (America) Inc.**

Per _____

Case 18-32288-pcm7    Doc 16    Filed 08/22/18



# Owner's Detail Report
## R04

| Owner | R04 | Three Js Distributing | | Jon Jones | |
|---|---|---|---|---|---|

PO Box 2890
Clackamas OR, USA 970152890

Phone:   503 7891565
Fax:
RYAN ROBERTSON

| Lot | Scd | Description | S/N | Sold Price | Buyer |
|---|---|---|---|---|---|
| 397 | 43 | Freightliner Columbia Sleeper  Truck Tractor (T/A) | 1FUJA6CV46PW38269 | 4,500.00 * | 1252 |
| 399 | 29 | Freightliner Columbia Sleeper  Truck Tractor (T/A)<br>Owner EQ ID: 148 | 1FUJA6CK66LW28775 | 9,500.00 * | 37062 |
| 400 | 33 | Freightliner Century Sleeper  Truck Tractor (T/A) | 1FUJBBCG46LU70101 | 5,000.00 * | 37062 |
| 404 | 37 | Freightliner Columbia Sleeper  Truck Tractor (T/A) | 1FUJA6CK05LU76765 | 8,000.00 * | 37062 |
| 407 | 4 | Freightliner Columbia Sleeper  Truck Tractor (T/A)<br>Owner EQ ID: 115LE | 1FUJA6CK15LU76810 | 8,000.00 * | 37062 |
| 407A | 52 | Freightliner Century Sleeper  Truck Tractor (T/A)<br>Owner EQ ID: 138 | 1FUJBBCK16PN17811 | 8,000.00 * | 37062 |
| 407B | 54 | Freightliner Columbia Sleeper  Truck Tractor (T/A) | 1FUJA6CK05LN15581 | 8,000.00 * | 37062 |
| 412 | 31 | Freightliner Columbia Sleeper  Truck Tractor (T/A)<br>Owner EQ ID: 109 | 1FUJA6CK64PN31453 | 8,000.00 * | 37062 |
| 483 | 23 | Freightliner Century Day Cab  Truck Tractor (T/A)<br>Owner EQ ID: 141 | 1FUJBBCG75LU37883 | 6,000.00 * | 1252 |
| 484 | 16 | Freightliner Century Day Cab  Truck Tractor (T/A)<br>Owner EQ ID: 145 | 1FUJBBCG05LN65785 | 6,000.00 * | 1252 |
| 485 | 27 | Freightliner Columbia Day Cab  Truck Tractor (T/A) | 1FUJA6CK44PN02467 | 9,000.00 * | 22366 |
| 701 | 28 | International 4900   Reefer Truck<br>Owner EQ ID: 140 | 1HTSDNXN0NH403841 | 3,250.00 * | 238 |
| 722 | 5 | Chevrolet C6500   Van Truck<br>Owner EQ ID: 15128 | 1GBJ6C1C95F530148 | 4,500.00 * | 93966 |
| 725 | 25 | International 4300   Van Truck<br>Owner EQ ID: 027 | 1HTMMAAM35H686026 | 4,500.00 * | 46736 |

**All amounts stated in  USD**

**Page: 1**

Copyright© This document contains confidential proprietary information and is intended only solely for the use of Ritchie Bros. Auctioneers.
Any unauthorized use is strictly prohibited.



Print Date: 2018/07/02
Print Time: 08:17

**Owner's Detail Report**

**R04**

Sale Information:

**Chehalis**
2018/06/29
2018193

| Lot | Scd | Description | S/N | Sold Price | Buyer |
|-----|-----|-------------|-----|------------|-------|
| 727 | 45 | Freightliner M2   Van Truck | 1FVACWDC14HM66261 | 4,500.00 * | 51620 |
| 728 | 40 | Freightliner FL70   Van Truck | 1FVABSAK12HJ55322 | 3,500.00 * | 69521 |
| 729 | 39 | Freightliner FL70   Van Truck | 1FV6HJAC6WH936849 | 4,500.00 * | 85603 |
| 1191 | 51 | Hyundai 53 Ft T/A  Reefer Trailer<br>Owner EQ ID: 5438R | 3H3V532C87T178013 | 6,500.00 * | 1818 |
| 1191A | 53 | Hyundai 53 Ft T/A  Reefer Trailer | 3H3V532C27T178041 | 5,000.00 * | 1155 |
| 1192 | 22 | Utility 53 Ft T/A  Reefer Trailer<br>Owner EQ ID: 5429 | 1UYVS25371U423832 | 4,000.00 * | 88979 |
| 1193 | 21 | Great Dane 53 Ft T/A  Reefer Trailer | 1GRAA0627YB038129 | 6,500.00 * | 1261 |
| 1285 | 47 | Utility 53 Ft T/A  Van Trailer<br>Owner EQ ID: 5397 | 1UYVS25302C782902 | 4,500.00 * | 465 |
| 1288 | 49 | Stoughton 53 Ft T/A  Van Trailer<br>Owner EQ ID: 5406 | 1DW1A53211S473188 | 2,500.00 * | 58987 |
| 1294 | 48 | Hyundai 53 Ft T/A  Van Trailer<br>Owner EQ ID: 5392 | 3H3V532CXYT109003 | 2,500.00 * | 60347 |
| 1295 | 44 | Great Dane 53 Ft T/A  Van Trailer<br>Owner EQ ID: 5399 | 1GRAA0621XB017033 | 4,000.00 * | 465 |
| 1296 | 24 | Utility 53 Ft T/A  Van Trailer<br>Owner EQ ID: 5398 | OR1UYVS2534XC702704 | 4,000.00 * | 465 |
| 1297 | 46 | Hyundai 53 Ft T/A  Van Trailer<br>Owner EQ ID: 5418 | 3H3V532C7XT008094 | 3,250.00 * | 1539 |
| 1301 | 41 | Pines 53 Ft T/A  Van Trailer<br>Owner EQ ID: 5384 | 1PNV532B2WH209622 | 2,750.00 * | 204 |
| 1310 | 34 | Trailmobile 53 Ft T/A  Van Trailer<br>Owner EQ ID: 5383 | 1PT01JAH0T6002646 | 2,000.00 * | 379 |
| 1311 | 30 | Hyundai 53 Ft T/A  Van Trailer<br>Owner EQ ID: 5350 | 3H3V532C8TT004100 | 2,500.00 * | 628 |
| 1313 | 19 | Great Dane 53 Ft T/A  Van Trailer | 1GRAA0621SB134734 | 2,500.00 * | 1737 |
| 1314 | 8 | Wabash 53 Ft T/A  Van Trailer | 1JJV532UXSL240819 | 2,000.00 * | 88979 |
| 1315 | 13 | Strick 53 Ft T/A  Van Trailer | 1S12E9537SE387647 | 2,000.00 * | 60347 |
| 1316 | 36 | Trailmobile 53 Ft T/A  Van Trailer<br>Owner EQ ID: 5385 | 1PTG1JAH5P9002306 | 2,000.00 * | 1314 |
| 1317 | 42 | Strick 53 Ft T/A  Van Trailer | 1S12E9539ME337447 | 1,500.00 * | 1369 |
| 1318 | 6 | Fruehauf 53 Ft T/A  Van Trailer | 1H2V05320LB054544 | 1,500.00 * | 60347 |

Copyright© This document contains confidential proprietary information and is intended only solely for the use of Ritchie Bros. Auctioneers.
Any unauthorized use is strictly prohibited.

Exhibit A, Page 9 of 29

Case 18-32288-pcm7    Doc 16    Filed 08/22/18



# Owner's Detail Report
## R04

| Lot | Scd | Description | S/N | Sold Price | Buyer |
|-----|-----|-------------|-----|-----------|-------|
| 1319 | 26 | Strict 53 Ft T/A Van Trailer | 1S12E9537LG328281 | 1,500.00 * | 379 |
| 1320 | 12 | Fruehauf 53 Ft T/A Van Trailer | 1H2V05325LB054510 | 1,500.00 * | 379 |
| 1321 | 14 | Strick 53 Ft T/A Van Trailer | 1S12E9530HE288046 | 1,000.00 * | 1994 |
| 1322 | 7 | Strick 53 Ft T/A Van Trailer<br>Owner EQ ID: 531 | 1S12E9536FE275556 | 1,000.00 * | 89045 |
| 1323 | 9 | Trailmobile 48 Ft T/A Van Trailer<br>Owner EQ ID: 4802 | 1PT01JAH4Y9017043 | 1,750.00 * | 628 |

**Total for this Owner**      173,000.00

| | | | |
|---|---|---|---|
| Lots subject to documentation fee | 41 X   65.00 | · · · · · · · · · · · · | 2,665.00 |
| Proceeds of Lots sold for 2,500.00 or less | · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | 27,750.00 |
| Proceeds of Lots sold for more than 2,500.00 | · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | 145,250.00 |

**All amounts stated in USD**        **Page: 3**

Copyright© This document contains confidential proprietary information and is intended only solely for the use of Ritchie Bros. Auctioneers.
Any unauthorized use is strictly prohibited.

Exhibit A, Page 10 of 29

Case 18-32288-pcm7    Doc 16    Filed 08/22/18



**Cost Sheet**
Sort Order: Owner | Lot | PO
**R04**

Sale Information:

**Chehalis**
**2018/06/29**
**2018193**

Owner **R04**  Three Js Distributing
PO Box 2890
Clackamas, OR, USA, 970152890

Jon Jones

Tel:1 (503) 789-1565

RYAN ROBERTSON

| Sch# | Lot # | Lot Description/ Repair Details | PO Number/ Cost Type / Supplier | Author By/ Invoice No./ Mixed Currency | USD Amount |
|------|-------|-------------------------------|-------------------------------|----------------------------------------|-----------|
| 11-0 | 0 ** | Freightliner Century Day Cab s/n 1FUJBBCG35LN65778 Tire repair tire | 19380153 RR Tires Inc (Supplier) | Clark Comerford 527301 | 41.75 |
| **Total** | **R04** | | | | **41.75** |

Ritchie Bros. Confidential - for internal use only Copyright © This document contains confidential proprietary information and is intended solely for the use of Ritchie Bros. Auctioneers. Any unauthorized use is strictly prohibited.

Exhibit A, Page 11 of 29

Page 37 of 210

Case 18-32288-pcm7     Doc 16     Filed 08/22/18

# EXHIBIT B

## REPORT OF AUCTIONEER - CIA

:ller Number: 37
:nneth Eiler Trustee
:n Eiler
5 NW SALTZMAN RD, PMB 810
rtland, OR 97229
lone    (503) 292-6020
x       (503) 297-9402

Statement Date :08/06/2018
Email:kenneth.eiler@psinet.com

## Preliminary Statement For: AUGUST 4, 2018 PUBLIC AUCTION

| Lot | Description | Price | N/S | Grp | Commission | Net Due |
|-----|-------------|-------|-----|-----|-----------|---------|
| 92 | ALUMINUM LOADING RAMP (14' x 26") | 130.00 | | | 13.00 | 117.00 |
| 93 | ALUMINUM LOADING RAMP (14' x 30") | 225.00 | | | 22.50 | 202.50 |
| 176 | 2004 FORD E-350 SUPER DUTY 11' BOX VAN *OREGON LOST TITLE APPLICATION - TITLE MUST BE APPLIED FOR IN OREGON, V8, AUTO, TL, AC, AM/FM, DRW, METER READS 157900 MILES/HOURS:EXEMPT ID#:1FDWE35L34HA69350 | 2,600.00 | | | 260.00 | 2,340.00 |
| 181 | 2008 INTERNATIONAL TRAN STAR DAY CAB TRACTOR, CUMMINS 6 CYL TURBO DIESEL, 10 SPEED EATON FULLER TRANSMISSION, PM, AC, AM/FM CD, AIR RIDE SEAT, AIR RIDE CAB, AIR RIDE SUSPENSION, TANDEM AXLE, DUALLY, 295/75R22.5 TIRES, METER READS 483212 MILES/HOURS:EXEMPT ID#:1HSHXAHR98J662583 | 5,500.00 | | | 550.00 | 4,950.00 |
| 183 | 2003 FREIGHTLINER COLUMBIA SLEEPER *OREGON LOST TITLE APPLICATION - TITLE MUST BE APPLIED FOR IN OREGON, DETROIT DIESEL SERIES 60 6 CYL TURBO DIESEL, EATON FULLER 10 SPEED TRANSMISSION, AC, CR, AM/FM CD, PW, PM, AIR RIDE SEATS, SLEEPER CAB, (2) 150 GALLON FUEL TANKS, AIR SLIDE FIFTH WHEEL, AIR RIDE CAB, AIR RIDE SUSPENSION, AIR BRAKES, APU, TANDEM AXLE, DUALLY, 295/75R22.5 TIRES, METER READS 903935 MILES/HOURS:EXEMPT ID#:1FUJA6CG93LL11094 | 10,500.00 | | | 1,050.00 | 9,450.00 |
| 190 | 2003 PULLED COLUMBIA 2003 FREIGHTLINER COLUMBIA SLEEPER, DETROIT DIESEL SERIES 60 6 CYL TURBO DIESEL, EATON FULLER 10 SPEED TRANSMISSION, PM, PW, CRUISE, AFCD, AC, DRIVER AIR SEAT, TANDEM AXLE, AIR SLIDE FIFTH WHEEL, DUAL REAR TIRES, AIR RIDE SUSPENSION, AIR BRAKES, AIR RIDE CAB, (2) 150 GALLON FUEL TANKS, 295/75R22.5 TIRES, METER READS 1653173 MILES/HOURS:EXEMPT ID#:1FUJA6CG03LK76820 | 0.00 | N/S | | 0.00 | 0.00 |

---

### *** C O N T I N U E D   O N   N E X T   P A G E ***

PO BOX 33978
PORTLAND,OR 97292
503-760-0499 FAX 503-762-3858

:ller Number: 37
:nneth Eiler Trustee
:n Eiler
5 NW SALTZMAN RD, PMB 810
rtland, OR 97229
one    (503) 292-6020
x      (503) 297-9402

Statement Date :08/06/2018
Email:kenneth.eiler@psinet.com

## Preliminary Statement For: AUGUST 4, 2018 PUBLIC AUCTION

| Lot | Description | Price | N/S | Grp | Commission | Net Due |
|-----|-------------|-------|-----|-----|------------|---------|
| 191 | 2005 FREIGHTLINER COLUMBIA SLEEPER, DETROIT DIESEL SERIES 60 6 CYL TURBO DIESEL, EATON FULLER 10 SPEED TRANSMISSION, AC, CR, AM/FM CD, PW, PM, AIR RIDE SEATS, (2) 100 GALLON FUEL TANKS, TANDEM AXLE DUALLY, AIR BRAKES, AIR SLIDE FIFTH WHEEL, AIR RIDE SUSPENSION, AIR RIDE CAB, ALCOA WHEELS 295/75R22.5 TIRES, METER READS 1464039 MILES/HOURS:EXEMPT ID#:1FUJA6CKX5LN93253 | 6,300.00 | | | 630.00 | 5,670.00 |
| 194 | 2000 FREIGHTLINER FL50 16' BOX TRUCK, CAT 3126 6 CYL TURBO DIESEL, AUTO, AC, CR, AM/FM, DWR, 45 GALLON FUEL TANKS, HYDRAULIC LIFT GATE, REAR AND SIDE ROLL UP DOOR, DAY ROOF, SIDE MAN DOOR, METER READS 257692 MILES/HOURS:EXEMPT ID#:1FV3EJFD0YHB76145 | 3,600.00 | | | 360.00 | 3,240.00 |
| 195 | 2000 FREIGHTLINER FL60 24' BOX TRUCK, CAT 3126 6 CYL TURBO DIESEL, 6 SPEED MANUAL TRANSMISSION, CR, AC, AM/FM, DRW, DUEL 45 GALLON FUEL TANKS, MAXON BMRW35 HYDRAULIC LIFT GATE, 24' GRUMMAN OLSON BOX, METER READS 371415 MILES/HOURS:EXEMPT ID#:1FV3HJBC4YHG82758 | 3,600.00 | | | 360.00 | 3,240.00 |
| 196 | 2005 GMC C7500 24' BOX TRUCK, CAT C7, 6 CYL TURBO DIESEL, AUTO, AM/FM, DRW, 53 GALLON FUEL TANK, SUPREME 24' BOX, ROLL-UP DOOR, METER READS 229589 MILES/HOURS:EXEMPT ID#:1GDJ7C1C45F900703 | 8,000.00 | | | 800.00 | 7,200.00 |
| 197 | 1993 INTERNATIONAL 4700 26' BOX TRUCK, 6 CYL TURBO DIESEL, AUTO, AC, AM/FM CD, DRW, DUAL FUEL TANKS, MAXON BMRA35 HYDRAULIC LIFT GATE, 26' MARATHON BOX, METER READS 237249 MILES/HOURS:EXEMPT ID#:1HTSCPEM3PH524794 | 4,500.00 | | | 450.00 | 4,050.00 |
| 214 | (UNKNOWN MAKE) 7'5" X 24' VAN BOX | 650.00 | | | 65.00 | 585.00 |
| 217 | MORGAN 7'6" X 24' VAN BODY W/PASSENGERS SIDE DAMAGE | 100.00 | | | 10.00 | 90.00 |
| 218 | UTILIMASTER 7'5" X 24' VAN BOX W/LIFTGATE | 200.00 | | | 20.00 | 180.00 |

*** C O N T I N U E D   O N   N E X T   P A G E ***

Seller Number: 37
Kenneth Eiler Trustee
Ken Eiler
5 NW SALTZMAN RD, PMB 810
Portland, OR 97229
Phone (503) 292-6020
Fax (503) 297-9402

Statement Date :08/06/2018
Email:kenneth.eiler@psinet.com

## Preliminary Statement For: AUGUST 4, 2018 PUBLIC AUCTION

| Lot | Description | Price | N/S | Grp | Commission | Net Due |
|-----|-------------|-------|-----|-----|------------|---------|
| 227 | 2000 HYUNDAI 53' ENCLOSED TRAILER, REAR AXLE SLIDE, ROLL-UP DOOR, DAYLIGHT ROOF, WOOD DECK, 295/75R22.5 TIRES ID#:3H3V532C9YT109011 | 3,100.00 | | | 310.00 | 2,790.00 |
| 228 | 2000 TRAIL MOBILE 53' ENCLOSED TRAILER, TANDEM AXLE, AIR RIDE SUSPENSION, REAR AXLE SLIDE, SWING DOORS, WOOD DECK, 295/75R22.5 TIRES ID#:1PT01JAH5Y6011723 | 3,250.00 | | | 325.00 | 2,925.00 |
| 230 | 1999 WABASH 53' ENCLOSED TRAILER, TANDEM AXLE, REAR AXLE SLIDE, SWING DOORS, METAL DECK, 295/75R22.5 TIRES, *DAMAGE TO ROOF, *NO BRAKES, *OREGON LOST TITLE APPLICATION - TITLE MUST BE APPLIED FOR IN OREGON ID#:1JJV532W3XF611035 | 400.00 | | | 40.00 | 360.00 |
| 231 | 2000 TRAIL MOBILE 53' ENCLOSED TRAILER, TANDEM AXLE, REAR AXLE SLIDE, ROLL-UP DOOR, WOOD DECK, 295/75R22.5 TIRES ID#:1PT01JAH2Y6013509 | 3,700.00 | | | 370.00 | 3,330.00 |
| 232 | 2001 STOUGHTON 53' ENCLOSED TRAILER, TANDEM AXLE, REAR AXLE SLIDE, AIR RIDE SUSPENSION, DAY LIGHT ROOF, WOOD DECK, SWING DOORS, TRAILER BLADES, 295/75R22.5 TIRES ID#:1DW1A532515473193 | 3,800.00 | | | 380.00 | 3,420.00 |
| 233 | 2004 GREAT DANE 53' ENCLOSED TRAILER, TANDEM AXLE, AIR RIDE SUSPENSION, REAR AXLE SLIDE, DAY LIGHT ROOF, WOOD DECK, SWING DOORS, 295/75R22.5 TIRES ID#:1GRAA06274L505411 | 4,600.00 | | | 460.00 | 4,140.00 |
| 234 | 2002 WABASH 53' ENCLOSED TRAILER, TANDEM AXLE, REAR AXLE SLIDE, TRAILER BLADES SIDE SKIRTS, AIR RIDE SUSPENSION, DAYLIGHT ROOF, WOOD DECK, 295/75R22.5 & 275/80R22.5 TIRES, ROLL-UP DOOR ID#:1JJV532W22L820938 | 3,800.00 | | | 380.00 | 3,420.00 |
| 234A | 1999 GREAT DANE 53' DRY VAN TRAILER - SOLD OFF SITE ID#:1GRAA0624XB017544 | 3,700.00 | | | 370.00 | 3,330.00 |
| 314 | 2006 FORD EXPEDITION 4X4, V8, AUTO, PD, PW, PM, PS, TL, CR, AC, AM/FM CD, METER READS 137400 MILES/HOURS:EXEMPT ID#:1FMPU16576LA11348 | 1,650.00 | | | 165.00 | 1,485.00 |

*** C O N T I N U E D   O N   N E X T   P A G E ***

:ller Number: 37
:nneth Eiler Trustee
:n Eiler
5 NW SALTZMAN RD, PMB 810
rtland, OR 97229
one    (503) 292-6020
x      (503) 297-9402

Statement Date :08/06/2018
Email:kenneth.eiler@psinet.com

## Preliminary Statement For: AUGUST 4, 2018 PUBLIC AUCTION

| Lot | Description | Price | N/S | Grp | Commission | Net Due |
|-----|-------------|-------|-----|-----|------------|---------|
| 315 | 2007 FORD EXPEDTION EDDIE BAUER, 4X4, V8, AUTO, PD, PW, PM, PS, TL, CR, SR, AC, AM/FM CD, REAR ENTERTAINMENT CENTER, METER READS 163393 MILES/HOURS:EXEMPT ID#:1FMFU18577LA40519 | 2,750.00 | | | 275.00 | 2,475.00 |
| 316 | 2005 CADILLAC ESCALADE AWD, V8, AUTO, PD, PW, PM, PS, TL, SR, AC, AM/FM CD, BOSE REAR ENTERTAINMENT CENTER, METER READS 218085 MILES/HOURS:EXEMPT ID#:1GYEK63N75R209906 | 0.00 | N/S | | 0.00 | 0.00 |
| 333 | 2004 CHEVROLET SUBURBAN 4X4, V8, AUTO, PD, PW, PM, PS, TL, SR, AC, AM/FM CD, METER UNREADABLE MILES/HOURS:EXEMPT ID#:1GNFK16Z24J254641 | 900.00 | | | 90.00 | 810.00 |
| 399 | 2000 FORD E-250 CARGO VAN *BRANDED TITLE - TOTALED RECONSTRUCTED, V8, AT, AC, CR, TL, AM/FM CD *TOWED IN, NON - RUNNING, LEAKS FUEL, METER READS 231723 MILES/HOURS:EXEMPT ID#:1FTNE24LXYHA78385 | 350.00 | | | 35.00 | 315.00 |
| 478 | SPEEDAIRE HOSE REEL W/50' OF 3/4" HOSE | 170.00 | | | 17.00 | 153.00 |
| 589 | MIGHTY LIFT 5500# PALLET JACK | 35.00 | | | 3.50 | 31.50 |
| 635 | PALLET W/(20) RED ROCK STRETCH MEAT FILM | 75.00 | | | 7.50 | 67.50 |
| 649 | (4) 29"X26" DOLLYS | 60.00 | | | 6.00 | 54.00 |
| 650 | (4) 29"X26" DOLLYS | 60.00 | | | 6.00 | 54.00 |
| 651 | (4) 29"X26" DOLLYS | 60.00 | | | 6.00 | 54.00 |
| 652 | (5) 29"X26" DOLLYS | 60.00 | | | 6.00 | 54.00 |
| 653 | PALLET W/(3) OSTER MICROWAVE OVENS | 30.00 | | | 3.00 | 27.00 |
| 674 | FILING CABINET FULL OF CLEANING CHEMICALS & TRASH BAGS | 235.00 | | | 23.50 | 211.50 |
| 675 | PALLET W/(36) BOXES OF AEP X2 HYBRID STRETCH FILM | 425.00 | | | 42.50 | 382.50 |
| 725 | ASSORTED SIZE DOCK BUMPERS | 100.00 | | | 10.00 | 90.00 |
| 729 | (2) ALUMINUM LOADING DOCK PLATES | 50.00 | | | 5.00 | 45.00 |
| 745 | SOLID TIRE HAND TRUCK | 50.00 | | | 5.00 | 45.00 |
| 746 | SOLID TIRE HAND TRUCK | 50.00 | | | 5.00 | 45.00 |
| 747 | SOLID TIRE HAND TRUCK | 50.00 | | | 5.00 | 45.00 |
| 748 | SOLID TIRE HAND TRUCK | 50.00 | | | 5.00 | 45.00 |
| 749 | SOLID TIRE HAND TRUCK | 40.00 | | | 4.00 | 36.00 |
| 750 | SOLID TIRE HAND TRUCK | 20.00 | | | 2.00 | 18.00 |
| 751 | SOLID TIRE HAND TRUCK | 50.00 | | | 5.00 | 45.00 |

*** C O N T I N U E D   O N   N E X T   P A G E ***

:ller Number: 37
:nneth Eiler Trustee
:n Eiler
5 NW SALTZMAN RD, PMB 810
:rtland, OR 97229
:one (503) 292-6020
:x (503) 297-9402

Statement Date :08/06/2018
Email:kenneth.eiler@psinet.com

## Preliminary Statement For: AUGUST 4, 2018 PUBLIC AUCTION

| Lot | Description | Price | N/S | Grp | Commission | Net Due |
|-----|-------------|-------|-----|-----|------------|---------|
| 752 | SOLID TIRE HAND TRUCK | 60.00 | | | 6.00 | 54.00 |
| 753 | SOLID TIRE HAND TRUCK | 45.00 | | | 4.50 | 40.50 |
| 754 | SOLID TIRE HAND TRUCK | 50.00 | | | 5.00 | 45.00 |
| 755 | SOLID TIRE HAND TRUCK | 50.00 | | | 5.00 | 45.00 |
| 756 | SOLID TIRE HAND TRUCK | 35.00 | | | 3.50 | 31.50 |
| 790 | (3) SLIDING VINYL WINDOWS W/SCREENS 59 1/2"x35 1/2", (4) SLIDING VINYL WINDOWS W/SCREENS, 47 1/2"X 35 1/2" | 350.00 | | | 35.00 | 315.00 |
| 794 | PALLET W/ASSORTED STRAPS | 200.00 | | | 20.00 | 180.00 |
| 795 | LOT OF RATCHET STRAPS | 190.00 | | | 19.00 | 171.00 |
| 819 | PALLET W/(3) EMERGENCY EYE WASH STATIONS | 35.00 | | | 3.50 | 31.50 |
| 827 | DOUGLAS LEGACY PLATINUM BATTERY CHARGER | 60.00 | | | 6.00 | 54.00 |
| 828 | HAWKER POWER SOURCE BATTERY CHARGER | 50.00 | | | 5.00 | 45.00 |
| 829 | HAWKER POWER SOURCE BATTERY CHARGER | 225.00 | | | 22.50 | 202.50 |
| 846 | JUSTRITE CONTAINMENT TANK | 0.00 | N/S | | 0.00 | 0.00 |
| 853 | 6 SHELF ROLLING METRO ROLLING RACK | 160.00 | | | 16.00 | 144.00 |
| 854 | (4) ROLLING CARTS | 120.00 | | | 12.00 | 108.00 |
| 855 | 4 SHELF ROLLING CART (48" x 40") | 90.00 | | | 9.00 | 81.00 |
| 856 | 4 SHELF ROLLING CART (48" x 40") | 45.00 | | | 4.50 | 40.50 |
| 857 | 5 SHELF ROLLING CART (48" x 40") | 50.00 | | | 5.00 | 45.00 |
| 858 | 5 SHELF ROLLING CART ( 48" x 40") | 50.00 | | | 5.00 | 45.00 |
| 859 | 4 SHELF ROLLING CART (48" x 40") | 50.00 | | | 5.00 | 45.00 |
| 872 | TRUE GDM-47 REFRIGERATED GLASS DOOR MERCHANDISER | 105.00 | | | 10.50 | 94.50 |
| 889 | ASSORTED COMPUTER WIRING, POWER STRIPS, SPEAKERS, & COMPUTER FANS. Sold With Lot:890 | 0.00 | | + | 0.00 | 0.00 |
| 890 | ASSORTED LENGH ETHERNET CABLES, ASSORTED POWER CABLES, SMART SWITCHES, MODEMS & IPHONE 5 CASES | 50.00 | | + | 5.00 | 45.00 |
| 891 | PALLET OF ASSORTED KEYBOARDS, COMPUTER MOUSES, (7) THERMAL 2844 PRINTERS & OFFICE SUPPLIES | 80.00 | | | 8.00 | 72.00 |
| 892 | ASSORTED PHONES. Sold With Lot:893 | 0.00 | | + | 0.00 | 0.00 |
| 893 | ASSORTED COLOR DUFFLE BAGS, & WATER BOTTLES | 35.00 | | + | 3.50 | 31.50 |

*** C O N T I N U E D   O N   N E X T   P A G E ***

PO BOX 33978
PORTLAND,OR 97292
503-760-0499 FAX 503-762-3858

ller Number: 37
enneth Eiler Trustee
en Eiler
5 NW SALTZMAN RD, PMB 810
rtland, OR 97229
one (503) 292-6020
x (503) 297-9402

Statement Date :08/06/2018
Email:kenneth.eiler@psinet.com

## Preliminary Statement For: AUGUST 4, 2018 PUBLIC AUCTION

| Lot | Description | Price | N/S | Grp | Commission | Net Due |
|-----|-------------|-------|-----|-----|------------|---------|
| 894 | PALLET OF (4) CANON MF4880DW PRINTERS/FAX MACHINES, HPCM750A & 4100N FAX/COPY MACHINES, W/(2) LASER TONER CARTRIDGES & (2) RIBBON CARTRIDGES. Sold With Lot:895 | 0.00 | | + | 0.00 | 0.00 |
| 895 | (1) CANON MF414DW COPY MACHINES, (1) CANON MF236BN, (1) HP 640 FAX, & (1) HP LASER JET 400 M401N | 25.00 | | + | 2.50 | 22.50 |
| 896 | CANON MF244DW, F158002, & IMAGE RUNNER 1730 COPY, FAX MACHINES | 25.00 | | | 2.50 | 22.50 |
| 897 | (6) ASSORTED PRINTERS/COPIERS, & ASSORTED TONER CARTRIDGES | 200.00 | | | 20.00 | 180.00 |
| 898 | (5) BROTHER MFC-J4510DW PRINTER/COPIERS, & (1) HP F380 ALL IN ONE PRINTER SCANNER COPIER, (1) CANON MF6160DW, & (1) MF4770N | 10.00 | | | 1.00 | 9.00 |
| 899 | (6) ASSORTED PRINTER SCANNER COPIER, ASSORTED HEATER, & ASSORTED OFFICE SUPPLIES. Sold With Lot:900 | 0.00 | | + | 0.00 | 0.00 |
| 900 | (6) OFFICE CHAIRS | 190.00 | | + | 19.00 | 171.00 |
| 901 | ASSORTED COMPUTER MONITORS | 55.00 | | | 5.50 | 49.50 |
| 902 | ASSORTED COMPUTER MONITORS | 25.00 | | | 2.50 | 22.50 |
| 912 | ASSORTED TIRE CHAINS | 10.00 | | | 1.00 | 9.00 |
| 949 | PALLET W/FIRE EXTINGUSHERS | 50.00 | | | 5.00 | 45.00 |
| 955 | ASSORTED SIZE RUBBER BACKED AREA CARPETS | 15.00 | | | 1.50 | 13.50 |
| 956 | ASSORTED SIZE RUBBER BACKED AREA CARPETS | 15.00 | | | 1.50 | 13.50 |
| 960 | PALLET W/ASSORTED BROOMS & DUST PANS | 20.00 | | | 2.00 | 18.00 |
| 961 | PALLET W/TRASH CANS | 170.00 | | | 17.00 | 153.00 |
| 962 | PALLET W/METAL SHELVING | 5.00 | | | 0.50 | 4.50 |
| 963 | (2) NEWAGE INDUSTRIAL ALUMINUM DISPLAY RACKS | 10.00 | | | 1.00 | 9.00 |
| 966 | PALLET W/(1) OSTER 1000 WATT COUNTER TOP MICROWAVE & (1) MINI REFRIGERATOR | 60.00 | | | 6.00 | 54.00 |
| 968 | (4) 5 SHELF ROLLING CARTS (24" x 20") | 60.00 | | | 6.00 | 54.00 |
| 969 | (2) 5 SHELF ROLLING CARTS (48" x 20") | 90.00 | | | 9.00 | 81.00 |
| 970 | (2) 5 SHELF ROLLING CARTS (48" x 20") | 90.00 | | | 9.00 | 81.00 |
| 971 | (2) 5 SHELF ROLLING CARTS ( 24" x 20") (1) 6 SHELF ROLLING CART ( 36" x 20") | 25.00 | | | 2.50 | 22.50 |
| 972 | (4) 5 SHELF ROLLING CARTS (24" x 20") | 25.00 | | | 2.50 | 22.50 |

### ***CONTINUED ON NEXT PAGE***

ller Number: 37
nneth Eiler Trustee
n Eiler
5 NW SALTZMAN RD, PMB  810
rtland, OR  97229
one   (503) 292-6020
x     (503) 297-9402

Statement Date :08/06/2018
Email:kenneth.eiler@psinet.com

## Preliminary Statement For: AUGUST 4, 2018 PUBLIC AUCTION

| Lot | Description | Price | N/S | Grp | Commission | Net Due |
|-----|-------------|-------|-----|-----|------------|---------|
| 993 | (4) 2 DRAWER FILING CABINETS | 5.00 | | | 0.50 | 4.50 |
| 994 | PALLETT W/(2) 4 DRAWER FILING CABINETS, & (1) 2 DRAWER FILING CABINET | 5.00 | | | 0.50 | 4.50 |
| 995 | (3) 2 DRAWER FILING CABINETS | 5.00 | | | 0.50 | 4.50 |
| 996 | (3) 4 DRAWER FILING CABINETS | 5.00 | | | 0.50 | 4.50 |
| 997 | (2) 4 DRAWER FILING CABINETS | 5.00 | | | 0.50 | 4.50 |
| 998 | (2) 4 DRAWER FILING CABINETS | 5.00 | | | 0.50 | 4.50 |
| 999 | (1) 4 DRAWER FILING CABINET & (1) 5 DRAWER FILING CABINET | 5.00 | | | 0.50 | 4.50 |
| 1002 | PALLET W/(1) 4 SHELF METAL STORAGE CABINET, & (1) SET OF 6 LOCKERS | 5.00 | | | 0.50 | 4.50 |
| 1003 | PALLET W/(1) 4 DRAWER FILLING CABINET, & (1) 4 SHELF STORAGE CABINET | 5.00 | | | 0.50 | 4.50 |
| 1004 | PALLET W/(1) 5 DRAWER FILLING CABINET, & (1) 4 DRAWER FILLING CABINET | 5.00 | | | 0.50 | 4.50 |
| 1005 | PALLET W/(2) 4 DRAWER FILLING CABINETS, & (1) 5 DRAWER FILLING CABINET | 5.00 | | | 0.50 | 4.50 |
| 1006 | PALLET W/(3) 2 DRAWER FILING CABINETS, & (1) 4 DRAWER FILING CABINET | 5.00 | | | 0.50 | 4.50 |
| 1007 | PALLET W/(1) 5 DRAWER FILING CABINET, & (1) 2 DRAWER FILING CABINET | 5.00 | | | 0.50 | 4.50 |

## Summary of Sales Activity at AUGUST 4, 2018 PUBLIC AUCTION

Commissions are Calculated on a Percent of the Sale Price of EACH LOT.
Commission Breakpoint Summary:

| Commission BreakPoint | | | Commission Rate | | | Amount Sold | Comm.Amount |
|-----------------------|---|---|-----------------|---|---|-------------|-------------|
| Up to | $ | 99,999,999.00 | 10.000 | % | x   $ | 83,000.00 | 8,300.00 |

|  | Statement Totals | | |
|---|---|---|---|
| | 105 Lots Sold. | | |
| | Total Sales | $ | 83,000.00 |
| | Less: Commissions | $ | 8,300.00 |
| | Total Amount Due | $ | 74,700.00 |

Exhibit A, Page 19 of 29

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.

# EXHIBIT C

**LIST OF VEHICLES PURCHASED BY JUANITA'S**

| | Insd's Veh# | Year | Make | | Body | VIN/Serial # | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3J011 | 2008 | GMC | | Box Truck | 1GDJG31K781906262 | | | x | $6,000.00 |
| | 3J63 | 1995 | Ottawa | | Goat | 11VAA12E2SA000052 | | Yard Goat needs work | | $5,500.00 |
| | 3J150 | 2009 | Freightliner | | Tractor | 1FUJA6CK39DAE3875 | | slow title | | $5,500.00 |
| | 3J151 | 2009 | Freightliner | | Tractor | 1FUJA6CK49LAF5930 | | 1.1 mil miles slow title | | $3,500.00 |

**TRAILERS:**

| # | Insd's Veh# | Year | Make | Model | Body | VIN/Serial # | State | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5308 | 1990 | Great Dane | | | 1GRAA0628LB151919 | | | x | $1,800.00 |
| | 5369 | 2000 | Trlmo | | | 1PT01JAH8Y6-007942 | | | x | $4,500.00 |
| | 5388 | 2000 | Hyund | | | 3H3V532C6YT104025 | | | x | $4,500.00 |
| | 5390 | 2003 | Great Dane | | | 1GRAA06273T503222 | | | x | $4,500.00 |
| | 5394 | 2000 | Hyund | | | 3H3V532C6YT109032 | | | x | $4,500.00 |
| | 5396 | 2001 | Utility | | | 1UYVS253X1C563203 | | | x | $4,500.00 |
| | 5400 | 2000 | Trlmo | | | 1PT01JAH7Y6-007866 | | | x | $4,500.00 |
| | 5401 | 2000 | Trlmo | | | 1PT01JAH8Y6-010405 | | | x | $4,500.00 |
| | 5402 | 2000 | Great Dane | | | 1GRAA0627YB-100337 | | | x | $4,500.00 |
| | 5403 | 2000 | Hyund | | | 3H3V532C4YT109031 | | | x | $4,500.00 |
| | 5405 | 2001 | Stoughton Dry Van Trailer | | | 1DW1A53201S473179 | OR | | x | $4,500.00 |
| | 5407 | 2001 | Stoughton Dry Van Trailer | | | 1DW1A532X1S473190 | OR | | x | $4,500.00 |
| | 5408 | 2000 | Hyund | | | 3H3V532C1YT104014 | | | x | $4,500.00 |
| | 5409 | 2001 | Great Dane | | | 1GRAA06231T-002227 | | | x | $4,500.00 |
| | 5411 | 2000 | Hytr | | | 3H3V532C3YT070021 | | | x | $4,500.00 |
| | 5412 | 2000 | Hyund | | | 3H3V532C3YT025024 | | slow title | | $4,000.00 |
| | 5416 | 2005 | Strickland Dry Van | | | 1S12E95385E505094 | | Damaged corner and door | | $4,000.00 |
| | 5417 | 2005 | Strickland Dry Van | | | 1S12E95355E501651 | | | x | $4,500.00 |
| | 5420 | 1999 | | | | 1L01A5323Y1145021 | | | x | $3,500.00 |
| | 5421 | 2000 | Hyund | | | 3H3V532C7YT016066 | | | x | $4,500.00 |
| | 5427 | 2003 | Hyund | | | 3H3V532C53T149059 | | | x | $4,500.00 |
| | 5428 | 2004 | Grtd | | | 1GRAA060255D412480 | | | x | $4,500.00 |
| | 5430 | 2002 | Gtratd | | | 1GRAA06223G327964 | | | x | $4,500.00 |
| | 5432 | 2004 | Hyund | | | 3H3V532C44T023051 | | | x | $5,000.00 |
| | 5434 | 2004 | Gtratd | | | 1GRAA06214J602261 | | Broken legs | x | $3,000.00 |
| | 5436 | 2004 | Hyund | | | 3H3V532C24T142006 | | | x | $5,000.00 |
| | 5441 | 2004 | Stoughton | | | 1DW1A53274S688515 | | slow title | x | $5,000.00 |
| | 5442 | 2005 | Wabash | | | 1JJV532W25L912491 | | | x | $5,000.00 |
| | 5443 | 2004 | Great Dane | | | 1GRAA06264D405505 | | | x | $5,000.00 |
| | 5444 | 2004 | Wabash | | | 1JJV532WX5L912304 | | | x | $5,000.00 |
| | 5445-R | 2000 | Great Dane | | Reefer | 1GRAA06227B038135 | | | x | $4,000.00 |
| | | | | | | | | | | $156,300.00 |

# EXHIBIT D

## FORM 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-0001
**Case Name:** THREE J'S DISTRIBUTING, INC

**Period Ending:** 08/22/18

**Trustee:** (570105) KENNETH S. EILER
**Filed (f) or Converted (c):** 06/20/18 (f)
**§341(a) Meeting Date:**
**Claims Bar Date:**

| Ref. # | 1 — Asset Description (Scheduled And Unscheduled (u) Property) | 2 — Petition/ Unscheduled Values | 3 — Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 — Property Abandoned OA=§554(a) abandon. | 5 — Sale/Funds Received by the Estate | 6 — Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS   ADDITIONAL BANK FUNDS RETAINED IN COMPANY ACCOUNTS TO COVER THEN OUTSTANDING CHECKS AND ACH TAX PAYMENTS | 0.00 | 140,000.00 | | 140,000.00 | FA |
| 2 | RITCHIE BROTHERS AUCTION PROCEEDS   AMOUNT RECEIVED REFLECTS NET PAYMENT AFTER AUCTION EXPENSES WERE DEDUCTED BY THE AUCTIONEER | 0.00 | 150,145.49 | | 150,145.49 | FA |
| 3 | RECEIVABLES | 0.00 | 161,895.51 | | 161,895.51 | FA |
| 4 | CIA AUCTION PROCEEDS   AMOUNT RECEIVED REFLECTS NET PAYMENT AFTER AUCTION EXPENSES WERE DEDUCTED BY THE AUCTIONEER | 0.00 | 76,006.91 | | 76,006.91 | FA |
| 5 | SALE OF VEHICLES TO JUANITAS   $5,500 REFUNDED AFTER IT WAS DISCOVERED THAT ONE OF THE VEHICLES WAS SOLD AT AUCTION | 0.00 | 156,300.00 | | 150,800.00 | FA |
| 5 | **Assets**  **Totals** (Excluding unknown values) | **$0.00** | **$684,347.91** | | **$678,847.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** | 18-0001 | **Trustee:** (570105)  KENNETH S. EILER |
| **Case Name:** | THREE J'S DISTRIBUTING, INC | **Filed (f) or Converted (c):** 06/20/18 (f) |
| | | **§341(a) Meeting Date:** |
| **Period Ending:** | 08/22/18 | **Claims Bar Date:** |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**

# EXHIBIT E

## FORM 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 18-0001
**Case Name:** THREE J'S DISTRIBUTING, INC

**Taxpayer ID #:** **-***0781
**Period Ending:** 08/22/18

**Trustee:** KENNETH S. EILER (570105)
**Bank Name:** Rabobank, N.A.
**Account:** ******7366 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/18 | {1} | THREE J's DISTRIBUTING | BANK FUNDS | 1129-000 | 40,000.00 | | 40,000.00 |
| 06/25/18 | {1} | THREE J'S DISTRIBUTING | BANK FUNDS | 1129-000 | 100,000.00 | | 140,000.00 |
| 06/28/18 | 101 | KENNETH S. EILER PC | SET UP FEE PER ABC | 2100-000 | | 2,500.00 | 137,500.00 |
| 07/16/18 | 102 | KELLY EDWARDS | ACCOUNTING SERVICES | 2990-000 | | 450.00 | 137,050.00 |
| 07/23/18 | {2} | RITCHIE BROTHERS | AUCTION PROCEEDS | 1129-000 | 150,145.49 | | 287,195.49 |
| 08/03/18 | {3} | PETERBILT & GMC | RECEIVABLE | 1121-000 | 66.28 | | 287,261.77 |
| 08/03/18 | {3} | KEYSTONE AUTOMOTIVE INDUSTRIES | RECEIVABLE | 1121-000 | 77.25 | | 287,339.02 |
| 08/03/18 | {3} | ADAM HESLA | INSURANCE PREMIUM PAYMENT | 1121-000 | 557.67 | | 287,896.69 |
| 08/03/18 | {3} | UNUM | RECEIVABLE - INSURANCE PREMIUM REFUND | 1121-000 | 595.00 | | 288,491.69 |
| 08/03/18 | {3} | SUPERVALUE | RECEIVABLE | 1121-000 | 617.31 | | 289,109.00 |
| 08/03/18 | {3} | HAGERMAN INC | RECEIVABLE | 1121-000 | 2,500.00 | | 291,609.00 |
| 08/03/18 | {3} | ALBERTSONS SAFEWAY | RECEIVABLE | 1121-000 | 13,090.56 | | 304,699.56 |
| 08/03/18 | {3} | SOUTHEAST FROZEN FOODS COMPANY | RECEIVABLE | 1121-000 | 20,392.00 | | 325,091.56 |
| 08/03/18 | {3} | SAVEMART SUPERMARKETS | RECEIVABLE | 1121-000 | 23,644.32 | | 348,735.88 |
| 08/03/18 | {3} | SAVEMART SUPERMARKETS | RECEIVABLE | 1121-000 | 23,644.32 | | 372,380.20 |
| 08/03/18 | {3} | ALBERTSONS SAFEWAY | RECEIVABLE | 1121-000 | 28,289.60 | | 400,669.80 |
| 08/03/18 | {3} | SAVEMART SUPERMARKETS | RECEIVABLE | 1121-000 | 48,421.20 | | 449,091.00 |
| 08/06/18 | 103 | OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY | SITE ID PERMIT | 2990-000 | | 200.00 | 448,891.00 |
| 08/06/18 | 104 | KELLY EDWARDS | ACCOUNTING SERVICES | 2990-000 | | 461.25 | 448,429.75 |
| 08/06/18 | 105 | WATER ENVIRONMENT SERVICES | WATER BILL ELON PROPERTY | 2990-000 | | 162.52 | 448,267.23 |
| 08/08/18 | 106 | ADP - TAX FILING SERICE | PAYROLL TAXING FILING PER INVOICE BR/CO: 05/W6Y | 2990-000 | | 2,278.47 | 445,988.76 |
| | | | Subtotals | | $452,041.00 | $6,052.24 | |

Exhibit A, Page 27 of 29

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 18-0001 | |
| **Case Name:** | THREE J'S DISTRIBUTING, INC | |
| **Taxpayer ID #:** | **-***0781 | |
| **Period Ending:** | 08/22/18 | |

| | |
|---|---|
| **Trustee:** | KENNETH S. EILER (570105) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7366 - Checking Account |
| **Blanket Bond:** | $0.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/18 | {4} | COMMERCIAL INDUSTRIAL AUCTIONEERS | NET AUCTION PROCEEDS | 1129-000 | 71,906.91 | | 517,895.67 |
| 08/10/18 | {5} | JUANITA'S | VEHICLES PURCHASE | 1129-000 | 156,300.00 | | 674,195.67 |
| 08/13/18 | 107 | NRC ENVIRONMENTAL SERVICES INC | WASTE REMOVAL PER INVOICE | 2990-000 | | 4,407.38 | 669,788.29 |
| 08/14/18 | 108 {5} | JUANITA'S FINE FOODS | REFUND PAYMENT ON OTTAWA GOAT SOLD AT AUCTION | 1129-000 | -5,500.00 | | 664,288.29 |
| 08/14/18 | 109 | KELLY EDWARDS | ACCOUNTING SERVICES | 2990-000 | | 450.00 | 663,838.29 |
| 08/20/18 | {4} | COMMERCIAL INDUSTRIAL AUCTIONEERS | AUCTION PROCEEDS | 1129-000 | 4,100.00 | | 667,938.29 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 678,847.91 | 10,909.62 | $667,938.29 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 678,847.91 | 10,909.62 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$678,847.91** | **$10,909.62** | |

Exhibit A, Page 28 of 29

| Case Number: | 18-0001 | | Trustee: | KENNETH S. EILER (570105) |
| Case Name: | THREE J'S DISTRIBUTING, INC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7366 - Checking Account |
| Taxpayer ID #: | **-***0781 | | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 08/22/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts : | 678,847.91 |
| | Net Estate : | $678,847.91 |

| | | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|
| | | Checking # ******7366 | 678,847.91 | 10,909.62 | 667,938.29 |
| | | | $678,847.91 | $10,909.62 | $667,938.29 |

Exhibit A, Page 29 of 29

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2018, I caused to be served a copy of the foregoing NOTICE OF FILING OF ASSIGNEE'S FINAL ACCOUNTING on the following person(s) in the manner indicated below at the following address(es):

Montgomery W. Cobb, E-Mail: mwc@montycobb.com, info@montycobb.com

Timothy J. Conway, E-Mail: tim.conway@tonkon.com, candace.duncan@tonkon.com, spencer.fisher@tonkon.com

Nicholas J. Henderson, E-Mail: nhenderson@portlaw.com, tsexton@portlaw.com mperry@portlaw.com

Erich M. Paetsch, E-Mail: epaetsch@sglaw.com, ktate@sglaw.com

US Trustee, Portland, E-Mail: USTPRegion18.PL.ECF@usdoj.gov

☑ **by CM/ECF**

Nicholas Henderson
117 SW Taylor St #300
Portland, OR 97204

B. Scott Whipple
Whipple Law Office, LLC
1675 SW Marlow Ave., Suite 201
Portland, OR 97225

☑ **by First Class Mail**

/s/ Brad T. Summers
Brad T. Summers

CERTIFICATE OF SERVICE

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

718601.0001/7386925.1

Case 18-32288-pcm7    Doc 16    Filed 08/22/18