**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)*  **18-32288-pcm7**                Chapter    **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Three J's Distributing, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-1287081** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **PO Box 2890** **Clackamas, OR 97015** Number, Street, City, State & ZIP Code | **PO Box 2890** **Clackamas, OR 97015** P.O. Box, Number, Street, City, State & ZIP Code |
| **Clackamas** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Three J's Distributing, Inc.** | Case number (*if known*) **18-32288-pcm7** |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 11, 2018**
MM / DD / YYYY

**X** **/s/ Jon Jones**                                      **Jon Jones**
Signature of authorized representative of debtor          Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ Nicholas J. Henderson OR:**          Date **September 11, 2018**
Signature of attorney for debtor                          MM / DD / YYYY

**Nicholas J. Henderson OR:**
Printed name

**Motschenbacher & Blattner, LLP**
Firm name

**117 SW Taylor St., Suite 300**
**Portland, OR 97204**
Number, Street, City, State & ZIP Code

Contact phone _____     Email address _____

**074027**
Bar number and State

Debtor name    **Three J's Distributing, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **18-32288-pcm7**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 11, 2018**    X **/s/ Jon Jones**
                                                       Signature of individual signing on behalf of debtor

                                                       **Jon Jones**
                                                       Printed name

                                                       **President**
                                                       Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      **Three J's Distributing, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF OREGON

Case number (if known)      **18-32288-pcm7**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................... $     **648,000.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.................................................................................. $     **0.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................... $     **648,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **982,709.34**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **16,072.46**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **9,004,242.63**

4.   Total liabilities ....................................................................................................................
    Lines 2 + 3a + 3b

$     **10,003,024.43**

Case 18-32288-pcm7     Doc 31     Filed 09/11/18

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:     **0.00**   -     **0.00**   = ....     **Unknown**
      face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$0.00**

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ☒ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **2008 Freightliner Sleeper Truck-Tractor**<br>**VIN 1FUJBBCK88LZ83133**<br>**Located at SE Elon St. Property** | **$7,000.00** | **Debtor Estimate** | **Unknown** |
| 47.2.  **Great Dane Trailer**<br>**VIN: 1GRAA0624XB017544**<br>**located at Hagerman, Inc., Portland, OR** | **$3,000.00** | **Debtor Estimate** | **Unknown** |
| 47.3.  **4 Trailers located at Richie Bros. in**<br>**Chehalis, WA**<br>**Unknown year, make, model** | **Unknown** | | **Unknown** |
| 47.4.  **1 Trailer located at Richie Bros. in Los**<br>**Angeles, CA**<br>**Unknown year, make, model** | **Unknown** | | **Unknown** |
| 47.5.  **1 Trailer located at Richie Bros. in**<br>**Sacramento, CA**<br>**Unknown year, make, model** | **Unknown** | | **Unknown** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
**machinery and equipment)**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

51.    **Total of Part 8.**                                                              $0.00

       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **Yard and Yard House**<br>**9812 SE Elon Street**<br>**Clackamas, OR 97015** | Fee simple | $0.00 | Comparable sale | $648,000.00 |

56.    **Total of Part 9.**                                                              $648,000.00

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

60.    **Patents, copyrights, trademarks, and trade secrets**

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

**Registered trademarks:**
**1) Bread Dude**
**2) Cascade Pride**
**3) Nouvelle Boulangerie**
**4) Wellness Watch**

**Non-Registered Trademarks:**
**1) 5th Avenue Bagels**
**2) Country Crisp**                              **Unknown**                              **Unknown**

| 61. | **Internet domain names and websites**<br>**www.cascadepride.com**<br>**www.3js.com** | **Unknown** | **Unknown** |

| 62. | **Licenses, franchises, and royalties** |
| 63. | **Customer lists, mailing lists, or other compilations** |
| 64. | **Other intangibles, or intellectual property** |
| 65. | **Goodwill** |

| 66. | **Total of Part 10.** | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |

| 71. | **Notes receivable**<br>Description (include name of obligor) |  |  |  |  |
| | **Shareholder Loan to Jon Jones** | **0.00** - | **0.00** = | **Unknown** |
| | | Total face amount | doubtful or uncollectible amount | |
| | **Shareholder Loan to Florin Ioenscu** | **0.00** - | **0.00** = | **Unknown** |
| | | Total face amount | doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**
      **Potential lender liability claims against Sterling National Bank**

      **Unknown**

| Nature of claim | **Contract, Business Tort** |
|---|---|
| Amount requested | **$0.00** |

**Potential claims against Bridgepoint Consulting**

      **Unknown**

| Nature of claim | **Contract, Business Tort** |
|---|---|
| Amount requested | **$0.00** |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

      **$0.00**

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

Case 18-32288-pcm7      Doc 31      Filed 09/11/18

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $648,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $648,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $648,000.00 |

**Fill in this information to identify the case:**

Debtor name          **Three J's Distributing, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **18-32288-pcm7**

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| 2.1 | **Christopher & Cheryl Church**<br>Creditor's Name<br><br>**c/o Darin Honn**<br>**Sussman Shank**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97204**<br>Creditor's mailing address<br><br>**dhonn@sussmanshank.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/1/2006**<br>**Last 4 digits of account number**<br>**n/a**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Substantially all of the Debtor's personal property granted as collateral to secure shareholders' personal obligations to creditor**<br><br>Describe the lien<br>**Non-Purchase Money Security**<br>Is the creditor an insider or related party?<br>☐ No<br>☑ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$864,709.34** | **Unknown** |
| 2.2 | **Columbia Oregon 98th Industrial, LLC**<br>Creditor's Name<br><br>**120 N. LaSalle St., Ste 2900**<br>**Chicago, IL 60602**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2018**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Personal property, and proceeds therefrom, located at leased premises as of 5/4/18**<br><br>Describe the lien<br>**Non-Purchase Money Security**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **Unknown** | **Unknown** |

Case 18-32288-pcm7     Doc 31     Filed 09/11/18

**n/a**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Oregon Pioneer Fed. Credit Union** | Describe debtor's property that is subject to a lien | $118,000.00 | $648,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Yard and Yard House**
**9812 SE Elon Street**
**Clackamas, OR 97015**

**17884 SE McLoughlin Blvd.**
**Portland, OR 97267**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

**kelly@oregonpioneer.org**

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/4/2011**

Last 4 digits of account number
**1201**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $982,709.34 |
|---|---|---|

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Christopher & Cheryl Church**<br>**5433 SE Scenic Ln., #200**<br>**Vancouver, WA 98661** | Line  **2.1** | |
| **Columbia Oregon 98th Industrial, LLC**<br>**c/o KJim Dulcich**<br>**Schwabe, Williamson & Wyatt**<br>**1211 SW Fifth Ave., Suite 1900**<br>**Portland, OR 97204** | Line  **2.2** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$489.05** | **$489.05** |
|  | **California Franchise Tax Board**<br>**PO Box 942857**<br>**Sacramento, CA 94257-0531** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**10/31/2017** | Basis for the claim:<br>**CA State Corporate Tax** |  |  |
|  | Last 4 digits of account number **2514** | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$560.00** | **$560.00** |
|  | **Jeff Hartung**<br>**14931 SE Newport St.**<br>**Portland, OR 97230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Accrued Vacation** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |  |  |

Case 18-32288-pcm7      Doc 31      Filed 09/11/18

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,552.78 | $1,552.78 |
|---|---|---|---|---|

**Kelly Edwards**
**12671 Villard Pl.**
**Oregon City, OR 97045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Accrued Vacation Pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,877.13 | $5,877.13 |
|---|---|---|---|---|

**Kevin Barden**
**205 Probe St.**
**Molalla, OR 97038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Accrued Vacation Pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,020.00 | $1,020.00 |
|---|---|---|---|---|

**Paul Conn**
**6565 SE Alberta St.**
**Portland, OR 97206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Accrued Vacation Pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.50 | $237.50 |
|---|---|---|---|---|

**Ryan Stell**
**10524 SE 34th Ave.**
**Apt. 15**
**Portland, OR 97222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $336.00 | $336.00 |
|---|---|---|---|---|
| | **Tammy Lay**<br>**POB 695**<br>**Oregon City, OR 97045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Accrued Vacation Pay** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,000.00 | $6,000.00 |
|---|---|---|---|---|
| | **Tarrant County, Texas**<br>**c/o Linebarger, Goggan, Blair &**<br>**Sampson**<br>**Attorneys at Law**<br>**100 Throckmorton Street, Suite**<br>**300**<br>**Fort Worth, TX 76102-2833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**Taxes Owed** | | |
| | Last 4 digits of account number **6051** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
| | **Ace Mobile Wash**<br>**2928 N 35th Ave.**<br>**Suite 4**<br>**Phoenix, AZ 85017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Services Rendered** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.50 |
|---|---|---|---|
| | **ADP**<br>**465 N. Halstead St.**<br>**Suite 160**<br>**Pasadena, CA 91107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Payroll Services** | |
| | Last 4 digits of account number  **8489;9883** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,081.00 |
|---|---|---|---|
| | **Aerotak Commercial Staffing**<br>**PO Box 198531**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Services Rendered** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$167.31** |
|---|---|---|---|

**Air Flow Systems, Inc.**
**5272 SE International Way**
**Portland, OR 97222**

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchases Made**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$688.23** |
|---|---|---|---|

**Airgas, Inc.**
**PO Box 7423**
**Pasadena, CA 91109**

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchases Made**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$883.59** |
|---|---|---|---|

**All American First Aid & CPR**
**16055 SE Walker Rd.**
**Suite 196**
**Beaverton, OR 97006**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **3408;3512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$230.85** |
|---|---|---|---|

**Allegiance Cobra Services, Inc.**
**PO Box 2097**
**Missoula, MT 59806**

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$7,192.04** |
|---|---|---|---|

**Alliance Packaging, LLC**
**PO Box 748075**
**Los Angeles, CA 90074**

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchases Made**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,033.70** |
|---|---|---|---|

**Allstream Business US, Inc.**
**PO Box 2966**
**Milwaukee, WI 53201**

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,361.60** |
|---|---|---|---|

**Alpine Valley Bread Company**
**PO Box 1322**
**Mesa, AZ 85211**

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchases Made**

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,400.00** |
|---|---|---|---|

**Altus GTS, Inc.**
**2400 Veterans Memorial Blvd.**
**Suite 300**
**Clackamas, OR 97015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number **3110**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56.18** |
|---|---|---|---|

**Andy Gump, Inc.**
**26954 Reuther Ave.**
**Canyon Country, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number **1320**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,315.23** |
|---|---|---|---|

**Arlington Independent School District**
**500 East Border**
**Ste 640**
**Arlington, TX 76010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number **7494**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arthur Cavanaugh**
**c/o William Turley**
**7428 Trade St.**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$316.33** |
|---|---|---|---|

**AT&T 661 & 916**
**PO Box 5025**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

**Basis for the claim:** **Services Rendered**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$594.57** |
|---|---|---|---|

**AT&T Commerce 323**
**PO Box 5025**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

**Basis for the claim:** **Services Rendered**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$216.86** |
|---|---|---|---|

**AT&T SAC 131**
**PO Box 5014**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

**Basis for the claim:** **Services Rendered**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.34 |

**Athens Services**
PO Box 60009
City of Industry, CA 91716

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,266.00 |

**Backjack, LLC**
4017 SW Edmunds St.
Seattle, WA 98116

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bank of America**
PO Box 15796
Wilmington, DE 19886

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,685.82 |

**Begin Right, Inc.**
Dept. 34001
PO Box 39000
San Francisco, CA 94139

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $737.00 |

**Bennett/Porter & Associates, Inc.**
12559 SW 69th Ave.
Portland, OR 97233

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **JDIS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,899.67 |

**Betts Spring Company, Inc.**
4334 NE Columbia Blvd.
Portland, OR 97218

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.99 |

**Brattain International Trucks**
POB 11287
Portland, OR 97211

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95,720.00** |
|---|---|---|---|

**Carriernet Group Financial**
**PO Box 1130**
**Sioux Falls, SD 57101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

Basis for the claim:  **Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,349.05** |
|---|---|---|---|

**Carson Oil**
**PO Box 6030**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

Basis for the claim:  **Purchases Made**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CDS SoCal**
**220 W. Santa Ana St.**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,300.00** |
|---|---|---|---|

**Cintas #053**
**Cintas LOC**
**PO Box 29059**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City of Portland**
**Code Hearings Office**
**1900 SW 4th Ave., Room 3100**
**Portland, OR 97201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Towed Vehicle Charges**
**2004 Chevrolet Suburban**
**VIN: 1GNFK16Z24J254641**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$233.00** |
|---|---|---|---|

**Clark Pest Control**
**555 N. Guild Ave.**
**Lodi, CA 95240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0856**

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$866,238.50** |
|---|---|---|---|

**Coffee Bean International, Inc.**
**PO Box 732855**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

Basis for the claim:  **Purchases Made**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$731.91** |
|---|---|---|---|

**Comcast**
**PO Box 34744**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$966.42** |
|---|---|---|---|

**Comfort Suites**
**15929 SE McKinley Ave.**
**OR 97105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,573.44** |
|---|---|---|---|

**Compack USA**
**9333 SE McBroad Ave.**
**Portland, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **9459;0155;9949**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,740.02** |
|---|---|---|---|

**Coyote Logistics, LLC**
**PO Box 742636**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,243.16** |
|---|---|---|---|

**Cushman**

**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **118B**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,026.95** |
|---|---|---|---|

**Dave's Killer Bread**
**PO Box 398443**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Purchases Made**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,015.00** |
|---|---|---|---|

**Discovery Auto Glass**
**PO Box 441**
**Fairview, OR 97024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 18-32288-pcm7      Doc 31      Filed 09/11/18

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,242.24 |
|---|---|---|---|
| | **Don Pancho Authentic Mexican Food**<br>**PO Box 742958**<br>**Los Angeles, CA 90074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Purchases Made__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,565.79 |
|---|---|---|---|
| | **Eagle Foods**<br>**c/o ABC Amega**<br>**Richfield, OH 44286** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Purchases Made__ | |
| | Last 4 digits of account number __6300__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.75 |
|---|---|---|---|
| | **Earth 20**<br>**PO Box 70**<br>**Culver, OR 97734** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Purchases Made__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,568.72 |
|---|---|---|---|
| | **EnerG Foods, Inc.**<br>**5960 1st Ave. S.**<br>**Black Diamond, WA 98010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Purchases Made__ | |
| | Last 4 digits of account number __1THR__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,583.34 |
|---|---|---|---|
| | **Ernest Packaging Solutions**<br>**2051 Royal Ave.**<br>**Simi Valley, CA 93065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Purchases Made__ | |
| | Last 4 digits of account number __S001__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,260.00 |
|---|---|---|---|
| | **Eroad, Inc.**<br>**7618 SW Mohawk St.**<br>**Tualatin, OR 97062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,756.19 |
|---|---|---|---|
| | **Eurobake Corporation**<br>**5917 NE 80th Ave.**<br>**Portland, OR 97218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Purchases Made__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $611.01 |

**Express Employment Professionals**
1433 N. Montebello Blvd.
Montebello, CA 90640

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  __2018__

Basis for the claim:  __Services Rendered__

Last 4 digits of account number  __0029__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $611.01 |

**Express Personnel Services**
PO Box 844277
Los Angeles, CA 90084

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  __2018__

Basis for the claim:  __Services Rendered__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.00 |

**Express Pressure Wash, Inc.**
PO Box 3101
Nampa, ID 83653

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  __2018__

Basis for the claim:  __Services Rendered__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.00 |

**Eyes There**
19363 Willemette Dr. #210
West Linn, OR 97068

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  __2018__

Basis for the claim:  __Trade Debt__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |

**FasTrak**
PO Box 26925
San Francisco, CA 94126

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  __2018__

Basis for the claim:  __Services Rendered__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.45 |

**FedEx**
PO Box 7221
Pasadena, CA 91109

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  __2018__

Basis for the claim:  __Services Rendered__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,272.75 |

**Fisher & Phillips LLP**
1075 Peachtree St. NE
Atlanta, GA 30309

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  __2018__

Basis for the claim:  __Services Rendered__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $873.64 |
|---|---|---|---|

**Fleet Net America**
**PO Box 970**
**PO Box 970**
**Cherryville, NC 28021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **1469;7430**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142.55 |
|---|---|---|---|

**Fleet Pride, Inc.**
**PO Box 847118**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $352,551.50 |
|---|---|---|---|

**Franz Family Bakeries**
**501 SE Columbia Shores Blvd.**
**Suite 900**
**Vancouver, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:  Purchases Made**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,891.79 |
|---|---|---|---|

**Franz Family Bakeries Nampa**
**501 SE Columbia Shores Blvd.**
**Suite 900**
**Vancouver, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:  Purchases Made**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,509.65 |
|---|---|---|---|

**Franz Family Bakery**
**501 SE Columbia Shores Blvd.**
**Suite 900**
**Vancouver, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:  Purchases Made**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $611.77 |
|---|---|---|---|

**Genuine Parts Company, Inc.**
**File 56893**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $874.78 |
|---|---|---|---|

**Gerlock Towing**
**7821 NE 33rd Dr.**
**Portland, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**

Last 4 digits of account number  **7358**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98,000.00** |
|---|---|---|---|

**Go Trade Logistics Corp.**
PO Box 340661
Sacramento, CA 95834

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,509.92** |
|---|---|---|---|

**Gold Coast Bakery**
1802 W. Olympic Blvd.
Pasadena, CA 91199

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchases Made**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$421.20** |
|---|---|---|---|

**Golden State Overnight**
PO Box 1907
San Ramon, CA 94583

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52.50** |
|---|---|---|---|

**Good To Go**
PO Box 300326
Seattle, WA 98103

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$134.88** |
|---|---|---|---|

**Gordon Truck Centers, Inc.**
277 Stewart Rd. SW
Pacific, WA 98047

Date(s) debt was incurred  _

Last 4 digits of account number  **6635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$440.93** |
|---|---|---|---|

**Granite**
POB 228
Pacifica, CA 94044

Date(s) debt was incurred  _

Last 4 digits of account number  **3182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,991.00** |
|---|---|---|---|

**Hedrickson Truck Lines**
PO Box 150290
Ogden, UT 84415

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Henderson Truck Lines**
c/o Montgomery Cobb
1001 SW 5th Ave. Ste. 1100
Beavercreek, OR 97004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Hertz Processing Services**
PO Box 956649
Saint Louis, MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.01 |
|---|---|---|---|

**High's Trailer Repair**
PO Box 23036
Federal Way, WA 98093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504,094.20 |
|---|---|---|---|

**Horizon Snack Food**
197 Darcy Parkway
Lathrop, CA 95330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5999**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.00 |
|---|---|---|---|

**Hyundai Air & Water Tech, Inc.**
20140 SW 112th Ave.
Tualatin, OR 97062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Immix Law Group**
600 NW Naito Pkwy.
Suite G
Portland, OR 97209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472,146.50 |
|---|---|---|---|

**Inter-American Products**
3508 Solutions Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8471**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,766.51 |
|---|---|---|---|

**International Paper**
PO Box 676565
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

**J&J Towing**
30385 Oldfield St.
Hermiston, OR 97838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon R. Jones**
PO Box 2890
Clackamas, OR 97015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,307,079.00 |
|---|---|---|---|

**Juanita's Fine Foods**
2885 Van Horn Dr.
Hood River, OR 97031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $933,590.50 |
|---|---|---|---|

**Juanita's of Stockton**
2885 Van Horn Dr.
Hood River, OR 97031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,369.60 |
|---|---|---|---|

**La Bonita Mexican Bakery**
3545 Portland Rd. NE
Suite 180
Salem, OR 97301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,442.90 |
|---|---|---|---|

**La Habra Bakery**
3508 Solutions Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 18-32288-pcm7     Doc 31     Filed 09/11/18

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.00 |

**LANDA Northwest**
PO Box 20037
Portland, OR 97294

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0700**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,168.00 |

**Laura Scudder's**
Attn: Michael Gallegos
PO Box 8129
Newport Beach, CA 92658

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.60 |

**Legacy Labaratory Service**
PO Nox 5337
Portland, OR 97228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.60 |

**Legacy Laboratory Service**
PO Box 5337
Portland, OR 97228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,243.16 |

**LIT Commerce Distribution Center, LLC**
c/o Cushman & Wakefield
900 Wilshire Blvd. Ste. 2400
Los Angeles, CA 90017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.78 |

**Los Angeles Freightliners**
PO Box 101284
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.50 |

**Lourdes Occupational Health Center**
PO Box 94331
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,205,043.00 |
|---|---|---|---|

**Lucerne Foods, Inc.**
**4757 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,583.49 |
|---|---|---|---|

**Lucerne Foods, Inc.**
**4757 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,492.80 |
|---|---|---|---|

**Mary Ann's Baking**
**8371 Carbide Ct.**
**Sacramento, CA 95828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3000**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.99 |
|---|---|---|---|

**McCoy Freightliner**
**PO Box 17218**
**Portland, OR 97218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1654**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,737.16 |
|---|---|---|---|

**Mi Rancho**
**801 Purvis**
**Clovis, CA 93612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5724**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.41 |
|---|---|---|---|

**Minuteman Press Team**
**3382 SE 20th Ave.**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5670**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.56 |
|---|---|---|---|

**Moni Smart Security**
**Dept. Ch 8628**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5649**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.54 |
|---|---|---|---|

**Monitronics**
Dept. CH 8628
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,748.82 |
|---|---|---|---|

**Naturebake**
PO Box 398443
San Francisco, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**New Century Transport, LLC**
250 H Street
Suite 311
Blaine, WA 98230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1660**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.89 |
|---|---|---|---|

**Norlift of Oregon, Inc.**
PO Box 68348
Portland, OR 97268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,307.64 |
|---|---|---|---|

**North State Staffing**
c/o ANthont E. Galyean
1129 D Street
Marysville, CA 95901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.50 |
|---|---|---|---|

**NW Lift Truck Services**
13691 NE Whitaker Way
Portland, OR 97230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5243**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,588.24 |
|---|---|---|---|

**NW Natural**
PO Box 6017
Portland, OR 97228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2213;3974**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-32288-pcm7     Doc 31     Filed 09/11/18

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $133,321.80 |
|---|---|---|---|

**Oasis Bread**
**155 Mata Way #112**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $644.39 |
|---|---|---|---|

**Oregon Commercial Heating, Inc.**
**PO Box 1080**
**Molalla, OR 97038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $423.75 |
|---|---|---|---|

**Oregon Trucking Associations**
**4005 SE Naef Rd.**
**Portland, OR 97267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,996.00 |
|---|---|---|---|

**Oregon Wire Products, LLC**
**PO Box 20279**
**Portland, OR 97294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $153.88 |
|---|---|---|---|

**Pacific Gas & Electric**
**26000 Cannon Road**
**Bedford, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6581**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $173,883.60 |
|---|---|---|---|

**Papa Pita Bakery**
**6208 W. Dannon Way**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $172,345.40 |
|---|---|---|---|

**Papa Pita DC**
**6208 W. Dannon Way**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,192.00 |
|---|---|---|---|

**Passport Foods**
2539 E Philadelphia St.
Ontario, CA 91761

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,022.50 |
|---|---|---|---|

**Patriot Environmental**
508 East E Street
Unit A
Wilmington, CA 90744

Date(s) debt was incurred _

Last 4 digits of account number  0094

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,022.60 |
|---|---|---|---|

**Patriot Environmental**
508 East E Street
Unit A
Wilmington, CA 90744

Date(s) debt was incurred _

Last 4 digits of account number  0094

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $963.85 |
|---|---|---|---|

**Penske Truck Leasing Co., L.P.**
PO Box 7429
Pasadena, CA 91109

Date(s) debt was incurred  2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $305.55 |
|---|---|---|---|

**PG&E**
PO Box 997300
Sacramento, CA 95899

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,347.50 |
|---|---|---|---|

**Polestar Benefits, Inc.**
412 Jefferson Parkway
Suite 2
Lake Oswego, OR 97035

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,876.95 |
|---|---|---|---|

**Popcorn Indiana**
CL #5255
PO Box 95000
Philadelphia, PA 19195

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 18-32288-pcm7     Doc 31     Filed 09/11/18

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,224.64** |
|---|---|---|---|

**Portland General Electric**
PO Box 4438
Portland, OR 97208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$254,858.50** |
|---|---|---|---|

**Portland Specialty Baking**
3423 NE 172nd Place
Portland, OR 97230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$339.41** |
|---|---|---|---|

**Powell Minuteman Press**
3382 SE 20th Ave.
Portland, OR 97202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **5670**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Professional Account Management, LLC**
PO Box 2182
Milwaukee, WI 53201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **4090**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |
|---|---|---|---|

**Providence Business Health Services**
PO Box 4388
Portland, OR 97208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,093.52** |
|---|---|---|---|

**Richmond Plastics Ltd.**
201 9500 Van Horne Way
Richmond, BC

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,556.00** |
|---|---|---|---|

**Russian Chocolate, Inc.**
10170 Croydon Way
Unit D
Sacramento, CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.15 |

**Sage, LLC**
**16505 NW Bethany Ct.**
**Beaverton, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0001

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.90 |

**SambaSafety**
**11040 White Rock Rd.**
**Ste. 200**
**Rancho Cordova, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0031

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.25 |

**SAS Retail Services**
**PO Box 3812**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357,029.00 |

**SCR Air Services**
**Attn: Renee Harper**
**PO Box 68671**
**Seattle, WA 98168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3JS

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.55 |

**Security Professionals, LLC**
**6400 NE Hwy 93**
**Vancouver, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,294.33 |

**SL Snacks National, LLC**
**PO Box 281953**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |

**Smartway Transportation, Inc.**
**PO Box 24387**
**Overland Park, KS 66283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3110

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,916.00 |
|---|---|---|---|

**Smith Cookies**
**501 SE Columbia Shores Blvd.**
**Suite 900**
**Vancouver, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.86 |
|---|---|---|---|

**SMUD**
**PO Box 15555**
**Sacramento, CA 95852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,473.22 |
|---|---|---|---|

**Snak King**
**PO Box 748200**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,061.06 |
|---|---|---|---|

**Snyder's Lance**
**1250 York Street**
**Hanover, PA 17331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2159**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,208.00 |
|---|---|---|---|

**Sonora Corporation**
**1942 W. Mission Blvd.**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,593.85 |
|---|---|---|---|

**Southern California Edison**
**PO Box 300**
**Rosemead, CA 91772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,309.53 |
|---|---|---|---|

**Southwest Airlines**
**PO Box 94014**
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1803**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.25 |

**Sparkletts**
PO Box 660579
Dallas, TX 75266

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,013.00 |

**Sprague Pest Solutions**
PO Box 2222
Tacoma, WA 98401

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,219.93 |

**St. John's Truck & Equipment**
8435 N Crawford
Portland, OR 97203

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **D001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,792.02 |

**Sterling National Bank**
8401 N. Central Expressway, Suite 600
Dallas, TX 75225

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred **6/2015**

Basis for the claim: **Loan**

Last 4 digits of account number **RE01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.59 |

**Suburban Propane**
PO Box 12068
Fresno, CA 93776

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $698.50 |

**T-Mobile**
POB 790047
Saint Louis, MO 63179

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5793**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.76 |

**Tacoma Screw Products**
PO Box 35165
Seattle, WA 98124

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8801**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-32288-pcm7     Doc 31     Filed 09/11/18

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,772.54** |
|---|---|---|---|
| | **Tarrant County, Texas**<br>c/o Stephen T. Meeks, Esq<br>**100 Throckmorton**<br>**Suite 761**<br>**Fort Worth, TX 76102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tec Equipment, Inc.**<br>**PO Box 11272**<br>**Portland, OR 97211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,928.18** |
|---|---|---|---|
| | **The Bread Garden**<br>**POB 1112**<br>**Suite 2**<br>**Auburn, WA 98071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **9018** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **The Kroger Co.**<br>Attn: Kyle R. Grubbs, Corporate Counsel<br>**1014 Vine St.**<br>**Baileys Harbor, WI 54202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$206.21** |
|---|---|---|---|
| | **The Toll Roads Violation Dept.**<br>**125 Pacifica**<br>**Ste. 100**<br>**Irvine, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1657** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,794.88** |
|---|---|---|---|
| | **Truco Enterprises, LP**<br>**PO Box 310012538**<br>**Pasadena, CA 91110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$460.00** |
|---|---|---|---|
| | **Validity Screening Solution**<br>**PO Box 25406**<br>**Overland Park, KS 66225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **8279** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.00 |
|---|---|---|---|

**Validity Screening Solutions**
PO Box 25406
Overland Park, KS 66225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8279**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,621.18 |
|---|---|---|---|

**Verizon Wireless**
PO Box 660108
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,133.64 |
|---|---|---|---|

**Waste Management**
PO Box 2890
Clackamas, OR 97015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **6532;1300**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,877.55 |
|---|---|---|---|

**Waste Management of Oregon**
PO Box 541065
Los Angeles, CA 90054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,798.83 |
|---|---|---|---|

**Waste Management of Oregon**
PO Box 541065
Los Angeles, CA 90054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.05 |
|---|---|---|---|

**Water Environment Services**
PO Box 6940
Portland, OR 97228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Western Concord US LTD**
880 Clivedan Ave.
Delta, BC V3M5R5

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.45 |

**Westrux**
**PO Box 309**
**Norwalk, CA 90651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,986.00 |

**Wholesale Baking, Inc.**
**2809 Market St.**
**Hood River, OR 97031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,761.48 |

**Xtra Lease LLC**
**PO Box 219562**
**Kansas City, MO 64121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Yogo Food Brands, Inc.**
**1153 Lee St.**
**Suite 268**
**Des Plaines, IL 60016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,571.53 |

**Zarosinki Law Group, P.C.**
**520 SW 6th Ave.**
**Suite 1200**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cintas Corporation**<br>**9045 N Ramsey Blvd.**<br>**Portland, OR 97203** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Cintas Corporation**<br>**PO Box 29059**<br>**Phoenix, AZ 85038** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3   **Cintas Corporation**<br>**PO Box 740855**<br>**Cincinnati, OH 45274** | Line   **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4   **Eurobake Corporation**<br>**c/o Paul Galm**<br>**12220 SW First St.**<br>**Beaverton, OR 97005** | Line   **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5   **Go Trade Logistics Corp.**<br>**c/o Patricia J. Wolfe**<br>**Finnerty Law Offices, Inc.**<br>**1430 Blue Oaks Blvd., Suite 200**<br>**Roseville, CA 95747** | Line   **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6   **Sprague Pest Solutions**<br>**c/o ARM Solutions**<br>**PO Box 2890**<br>**Camarillo, CA 93011** | Line   **3.138**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 16,072.46 |
| **5b. Total claims from Part 2** | 5b.   +   $ | 9,004,242.63 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 9,020,315.09 |

Fill in this information to identify the case:

Debtor name     **Three J's Distributing, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known)     **18-32288-pcm7**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

Debtor name     **Three J's Distributing, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known)     **18-32288-pcm7**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Constantin F. Ionescu** | **5830 SW 177th Ave.** **Aloha, OR 97007** | **Christopher & Cheryl Church** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 **Jon Jones** | **13331 S. James Court** **Oregon City, OR 97045** | **Christopher & Cheryl Church** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **11/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other    **Business Operations** | $25,000,000.00 |
| **For prior year:**<br>From **11/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other    **Business Operations** | $79,472,976.00 |
| **For year before that:**<br>From **11/01/2016** to **10/31/2017** | ☐ Operating a business<br>■ Other    **Business Operations** | $110,390,085.00 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **BeniComp, Inc.** | **3/13/2018,**<br>**3/27/2018** | **$14,355.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2.    **Teeny Foods Corp.**<br>**3434 NE 170th Pl.**<br>**Portland, OR 97230** | **3/27/18,**<br>**3/29/18** | **$90,618.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.    **Juanita's Fine Foods**<br>**2885 Van Horn Dr.**<br>**Hood River, OR 97031** | **5/1/18** | **$23,088.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.    **SCR Air Services**<br>**Attn: Renee Harper**<br>**PO Box 68671**<br>**Seattle, WA 98168** | **3/29/18,**<br>**4/4/18, 4/5/18** | **$20,679.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5.    **Christopher & Cheryl Church**<br>**5433 SE Scenic Lane, #200**<br>**Vancouver, WA 98661** | **1/30/2018** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **UCC-1 financing**<br>**statement filed to re-perfect**<br>**lapsed financing statement** |
| 3.6.    **Bridgepoint Consulting**<br>**325 North Saint Paul Street**<br>**Suite 2550**<br>**Dallas, TX 75201** | **3/31/18** | **$24,592.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Christopher & Cheryl Church c/o Darin Honn Sussman Shank 1000 SW Broadway, Suite 1400 Portland, OR 97204 Former Shareholders** | **2017-2018** | **$112,000.00** | **Monthly payments on loans owed by Debtor's principals.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Bennett/Porter & Associates, Inc. 12559 SW 69th Ave. Portland, OR 97233** | **HP Proliant ML 10 v2 Backup Server** | **8/18** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Go Trade Logisitics Corp. v. Three J's Distribuing, Inc. 2:2018-cv-02293** | **Civil: Contract** | **U.S. Dist. Court Eastern District of CA United States Courthouse 501 "I" Street, Room 4-200 Sacramento, CA 95814** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Hendrickson Truck Lines, Inc. v. Three J's Distribuing, Inc. 18CV22918** | **Civil: Contract** | **Oregon Circuit Court Clackamas County 807 Main Street Oregon City, OR 97045** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Eurobake Corp. v. Three J.s Distribuing, Inc. 18CV17542** | **Civil: Contract** | **Oregon Circuit Court Clackamas County 807 Main Street Oregon City, OR 97045** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Farmer Bros. Co. v. Three J's Distribuing, Inc. 18CV17542** | **Civil: Contract** | **Oregon Circuit Court Clackamas County 807 Main Street Oregon City, OR 97045** | ☐ Pending ☐ On appeal ☑ Concluded |

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. **MYOB, LLC v. Three J's Distributing, Inc.**<br>**18CV14018** | **Civil: Contract** | **Oregon Circuit Court**<br>**Clackamas County**<br>**807 Main Street**<br>**Oregon City, OR 97045** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Tarrant County, et al v. Three J's Distributing, Inc.**<br>**096-D17204-18** | **Tax Collection** | **Tarrant County District Court, TX** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **North State Staffing & Business Solutions, Inc. v. Three J's Distributing, Inc.**<br>**CVCM18-0000765** | **Civil** | **Superior County of CA, Sutter County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Kenneth S. Eiler, P.C.**<br>**PMB 810**<br>**515 NW Saltzman Rd.**<br>**Portland, OR 97229** | **All of the Debtor's Assets assigned to Assignee on June 20, 2018, pursuant to Common Law Assignment for the Benefit of Creditors of Three J's Distributing, Inc.** | **Unknown** |

| Case title<br>**n/a** | Court name and address<br>**n/a** |
|---|---|
| Case number<br>**n/a** | **n/a** |
| Date of order or assignment<br>**n/a** | |

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Motschenbacher & Blattner, LLP** **117 SW Taylor St., Suite 300** **Portland, OR 97204** | | **4/13/18** | **$50,000.00** |
| | Email or website address **www.portlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Bridgepoint Consulting** **325 North Saint Paul Street** **Suite 2550** **Dallas, TX 75201** | | **Multiple payments: 12/2017; 1/2018; 2/2018; 3/2018** | **$212,345.99** |
| | Email or website address **www.bridgepointconsulting.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unknown Third-Parties** | **Office furniture sold through Craigslist advertising** | **5/2018** | **$7,500.00** |
| | Relationship to debtor **n/a** | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>· | **Unrelated Auction Buyers**<br>**Unknown** | **See Docket No. 16, Exhibits A and B** | **Various** | **$226,152.40** |
| | **Relationship to debtor**<br>**n/a** | | | |
| 13.3<br>· | **Juanita's Fine Foods**<br>**2885 Van Horn Dr.**<br>**Hood River, OR 97031** | **See Docket No. 16, Exhibit C** | **8/9/18** | **$150,800.00** |
| | **Relationship to debtor**<br>**Vendor Creditor** | | | |
| 13.4<br>· | **Hagerman, Inc.**<br>**7100 NE Columbia Blvd**<br>**Portland, OR 97218** | **See Attachment 13** | **Various** | **$0.00** |
| | **Relationship to debtor**<br>**n/a** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

☐ Yes. Fill in below:

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Union Bank Portland Mid Market Treasury Services PO Box 513840 Los Angeles, CA 90051** | **XXXX-3929** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **6/2018** | **Unknown** |
| 18.2. | **Union Bank Portland Mid Market Treasury Services PO Box 513840 Los Angeles, CA 90051** | **XXXX-3953** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **6/2018** | **Unknown** |
| 18.3. | **Union Bank Portland Mid Market Treasury Services PO Box 513840 Los Angeles, CA 90051** | **XXXX-3961** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **6/2018** | **Unknown** |
| 18.4. | **Union Bank Portland Mid Market Treasury Services PO Box 513840 Los Angeles, CA 90051** | **XXXX-0917** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **6/2018** | **Unknown** |
| 18.5. | **Union Bank Portland Mid Market Treasury Services PO Box 513840 Los Angeles, CA 90051** | **XXXX-3899** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **6/2018** | **Unknown** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **Epic Distribution of<br>California, LLC<br>3352 Atlas Street<br>San Diego, CA 92111** | **Regional Wholesale Distribution** | EIN:<br><br>**From-To   1/21/2014 - 4/3/2017** |
| 25.2.   **Epic Distribution of Texas,<br>LLC<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701** | **Regional Wholesale Distribution** | EIN:<br><br>**From-To   1/2014 - 12/2016** |

26. **Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

      ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **TD Consulting Group, PC<br>6400 SE Lake Rd., Ste 150<br>Portland, OR 97222-2189** | **2014-present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

      ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Geffen Mensher<br>888 SW 5th Ave., Suite 800<br>Portland, OR 97204** | **10/2017** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

      ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Kelly Edwards<br>12671 Villard Pl.<br>Oregon City, OR 97045** | |
| 26c.2.   **Jon Jones<br>13331 S. James Court<br>Oregon City, OR 97045** | |
| 26c.3.   **TD Consulting Group, PC<br>6400 SE Lake Rd., Ste 150<br>Portland, OR 97222-2189** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

      ☐ None

| Name and address |
|---|

Case 18-32288-pcm7    Doc 31    Filed 09/11/18

| Name and address | |
|---|---|
| 26d.1. | **Christopher & Cheryl Church**<br>**c/o Darin Honn**<br>**Sussman Shank**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97204** |
| 26d.2. | **Sterling National Bank**<br>**8401 N. Central Expressway, Suite 600**<br>**Dallas, TX 75225** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jon Jones** | **13331 S. James Court**<br>**Oregon City, OR 97045** | **President, Shareholder** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Constantin F. Ionescu** | **5830 SW 177th Ave.**<br>**Aloha, OR 97007** | **Vice President, Secretary** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1<br>. | **Jon Jones**<br>**13331 S. James Court**<br>**Oregon City, OR 97045** | | | **Salary, Loans** |
| | **Relationship to debtor**<br>**President, Sharheolder** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 . | **Constantin F. Ionescu**<br>**5830 SW 177th Ave.**<br>**Aloha, OR 97007** | | | **Salary, Loans** |
| | Relationship to debtor<br>**Secretary, Shareholder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 11, 2018**

**/s/ Jon Jones**                                                      **Jon Jones**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes