DISTRICT OF OREGON
**F I L E D**
May 06, 2019
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | ) | Case No. _____ |
|---|---|---|
| | ) | |
| | ) | |
| | ) | **Application to Employ Accountant,** |
| | ) | **and Order Thereon; and Notice of** |
| | ) | **Intent to Compensate Accountant** |
| Debtor(s) | ) | **[for Chapter 7 Cases only]** |

The undersigned trustee applies to employ _____, a licensed accountant whose address is _____ and certifies that:

1. The total compensation of the accountant, subject to final court approval, must not exceed $_____. If the trustee later determines that fees may exceed that amount, the trustee may file an amended application to employ accountant. An increase must be authorized by court order entered before the services are provided.

2. The trustee will require the assistance of the above-named accountant to provide the following services:

   (A) Tax return and form preparation. [For each tax year, describe the returns and forms to be prepared, the maximum compensation per tax year, and if the trustee is not required by law to file any of the forms and returns, why the trustee is undertaking the preparation.]

753.70 (12/1/2018)    Page 1 of 3

(B) Other services. [For each matter, describe the matter, the anticipated cost of the services, and the potential benefit to the estate.]

3. The trustee selected the above-named accountant because:

4. To the best of the trustee's knowledge, the accountant has no connections with the entities listed in the verification below, except as described therein.

Date: _____

_____
Trustee

I, the accountant named above, verify that:

1) I will be the trustee's accountant;

2) I have read 11 U.S.C. § 101(14) and § 327, and Federal Rule of Bankruptcy Procedure (FRBP) 2014(a); and

3) my firm has no connections with the debtor(s), creditors, any party in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any District of Oregon bankruptcy judge, except as follows:

_____
Applicant

**IT IS ORDERED** that employment of the above-named accountant is authorized with fees subject to review under 11 U.S.C. § 330.

**IT IS FURTHER ORDERED, AND NOTICE IS GIVEN,** that an order authorizing compensation within the above terms may be entered after a fee application (using Local Bankruptcy Form (LBF) 345.7 if applicable to this case) which reflects work done on the service specified above is attached to a proposed order (using LBF 753.74) and submitted to the court, and without further notice, unless within 23 days of the date in the "Filed" stamp on page 1, an interested party :

Case 18-32288-pcm7    Doc 94    Filed 05/06/19

1) files a written objection, setting forth the specific grounds for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave #2600, Eugene OR 97401, and

2) serves the objection on the trustee at _____
   _____.

3) **IT IS FURTHER ORDERED** that if the amount in paragraph 1 above exceeds $10,000, project billing is required unless otherwise ordered above.

###