UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                                     ) Case No._____
                                                              )
                                                              ) **Notice of Intent to Sell Property**
                                                              ) **at Private Sale, Compensate Real**
                                                              ) **Estate Broker, and/or Pay any**
                                                              ) **Secured Creditor's Fees and Costs**
                                                              )
                                                              ) [Note: Do not use to sell personally
Debtor(s)                                            ) identifiable information about individuals.]

1. An offer has been received by the trustee from _____, whose relation to the debtor(s) is _____, to purchase the following estate property: (If real property, state street address here. Also attach legal description as an exhibit to the notice filed with the court.)

    for the sum of $_____ upon the following terms:

2. The gross sales price is: $_____.

   All liens on the property total $_____, of which the trustee believes a total of $_____ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable).

   Secured creditor(s) also seek(s) reimbursement of $_____ for fees and costs.

   Total sales costs will be: $_____.

   All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately: $_____.

3. [If real property] The court appointed real estate broker, _____, will be paid _____.

760 (12/1/2018)            Page 1 of 2

**NOTICE IS GIVEN** that the trustee will sell the property, reimburse for any secured creditor's fees and costs, and compensate any real estate broker upon the above terms and without further notice unless, within 23 days of the date below:

1. The trustee receives a bid exceeding the above offer by at least $_____, and upon the same or more favorable terms to the estate; or

2. An interested party:

    (a) files a written objection to the sale, the reimbursement of fees and costs or broker's compensation, setting forth the specific grounds for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401, and

    (b) serves the objection on the trustee, _____, at _____.

If no objection is filed, but the trustee receives any upset bids as specified above within 23 days of the date below, the trustee will notify all persons who have expressed an interest in purchasing the above property of the date, time and place of a meeting at which the trustee will conduct an auction and sell the property to the highest bidder without further notice.

For further information, contact: _____.

Date:_____                                            _____
                                                                                    Trustee

Case 18-32288-pcm7    Doc 99    Filed 06/11/19