UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                )
                     )  Case No. _____
                     )
                     )  REPORT OF AUCTIONEER
                     )
Debtor(s)            )

I, _____, the undersigned auctioneer, having sold property of the estate on _____, do report, as required by the Bankruptcy Rules, that attached hereto are (1) lists of all property sold, the amount received for each item or lot, and the name(s) and address(es) of the buyer(s) of each item or lot; and (2) an explanation and sample of my advertising efforts.

My authorized commission is calculated as follows:

| GENERAL PROPERTY DESCRIPTION | GROSS SALE PRICE OF ALL PROPERTY | COMMISSION % APPLICABLE | COMMISSION(S) |
|---|---|---|---|
| 1. | $ | | $ |
| 2. | $ | | $ |
| 3. | $ | | $ |
| 4. | $ | | $ |
| 5. | $ | | $ |
| 6. | $ | | $ |
| 7. | $_____ | | $_____ |
| TOTALS: | $_____ | | $_____ |

Attached hereto are appropriate receipts or explanations of my expense requests. My authorized expenses are calculated as follows:

DESCRIPTION                                                                                    $ AMOUNT

                                                                                          _____
TOTAL:                                                                                    $_____

I CERTIFY THAT all my commissions which total $_____, and all my expenses which total $_____, are within the terms set forth in the application and order for my appointment.

I FURTHER CERTIFY THAT in the above case I had no persons bidding on my behalf, directly or indirectly, for the purchase of items auctioned and had no arrangement with the trustee apart from the terms of my employment and no arrangement with the trustee or his attorney other than selling the items auctioned for the highest available bid prices except for any items upon which the trustee may have placed a reserve minimum price with respect to any item or items offered for sale.

DATE: _____                                    _____
                                                              Auctioneer

753.52 (1/11/93)



3825 Hopyard Road
Suite 250
Pleasanton, CA 94588-8528
Phone: (888) 433-5426
Fax: (888) 433-3467
www.ironplanet.com

# Statement

| Statement Date | Contract # | UserRef # | DeptCode # |
|---|---|---|---|
| 9/25/19 | 281082 | 3886276 | 204 |

Date Range: 8/21/2019 - 8/30/2019

## Seller

Trustee of Three Js Distributing
PO Box 13897
Salem, OR 97309
USA
Attn: Rodolfo Camacho

Note: All prices are in USD

| Item | Description | Sale Date | Sale Price | Commission | Listing Fee | Lien Fee | Title Fee | Net Proceeds |
|---|---|---|---|---|---|---|---|---|
| 2506257 | 2008 (unverified) Freightliner CL120 T/A Sleeper Truck Tractor (S/N:1FUJA6CK1BDZB7545) | 8/22/19 | $7,000.00 | ($770.00) | ($340.00) | ($50.00) | ($65.00) | $5,775.00 |
| 2506258 | 1993 Strick Van Trailer (S/N:1S12E9538PE358584) | 8/22/19 | $650.00 | ($162.50) | ($275.00) | ($50.00) | ($65.00) | $97.50 |
| 2506259 | 1995 Great Dane Van Trailer (S/N:1GRAA0629SB195944) | 8/22/19 | $600.00 | ($150.00) | ($275.00) | ($50.00) | ($65.00) | $60.00 |
| 2506263 | 2004 International 8600 S/A Day Cab Truck Tractors (S/N:1HSHWATN54J021562) | 8/22/19 | $4,000.00 | ($440.00) | ($340.00) | ($50.00) | ($65.00) | $3,105.00 |
| | Totals for 4 Items | | $12,250.00 | ($1,522.50) | ($1,230.00) | ($200.00) | ($260.00) | $9,037.50 |

| | |
|---|---|
| Net Proceeds Due | $9,037.50 |
| Less Payments | |
| (-) Item Payments | ($9,037.50) |
| Total Payments | ($9,037.50) |
| Total Proceeds | $0.00 |

Note: All prices are in USD

Note: Net Proceeds are not final until payment is received by the seller.

## Payment Instructions

| Beneficiary / Payee | Amount | Payment Instructions |
|---|---|---|
| Trustee of Three Js Distributing | $9,037.50 | Payment Method : Check<br>Street Address : PO Box 13897<br>City, State/Prov : Salem, OR<br>Postal code : 97309<br>Country : USA |

Case 18-32288-pcm7    Doc 116    Filed 04/15/20



**RITCHIE BROS.**
**TRUCK PLANET**
IronPlanet, Inc.

5667 Gibraltar Drive
Suite 200
Pleasanton, CA USA, 94588
Phone: (800) 211-3983
Fax: (888) 433-3467
www.truckplanet.com

# Invoice

| Settlement Date | Invoice # |
|---|---|
| 8/27/19 | 281082-2506257 |

## Sold To

osmin hernandez
Hernandez Truck & Equipment Sales LLC
1824 McCarty st
Houston, TX 77029
USA

## Delivery Address

osmin hernandez
Hernandez Truck & Equipment Sales LLC
1824 McCarty st
Houston, TX 77029
USA

| User ID | Auction Date |
|---|---|
| 2704408 | 8/22/19 |

| Item # | Description | Amount |
|---|---|---|
| 2506257 | 2008 (unverified) Freightliner CL120 T/A Sleeper Truck Tractor  S/N: 1FUJA6CK1BDZB7545<br>Location: Chehalis, WA 98532, USA<br>(You must call at least 24 hours in advance to schedule pickup) | US $7,000.00 |
|  | Transaction Fee | US $700.00 |
|  | Sales Tax Exempt for Motor Vehicles | US $0.00 |
|  | Sales Tax Exempt for Motor Vehicles | US $0.00 |
|  | **Total:** | US $7,700.00 |
|  | Wire Payment posted on 8/29/19 | US ($7,700.00) |
|  | **Total Due :** | US $0.00 |

Note: All dates are in Pacific Standard Time. All prices are in USD

*An on-road heavy-duty diesel or alternative-diesel vehicle operated in California may be subject to the California Air Resources Board Regulation to Reduce Particulate Matter and Criteria Pollutant Emissions from In-Use Heavy-Duty Diesel Vehicles. It therefore could be subject to exhaust retrofit or accelerated turnover requirements to reduce emissions of air pollutants. For more information, please visit the California Air Resources Board website at http://www.arb.ca.gov/dieseltruck. When operated in California, any off-road diesel vehicle may be subject to the California Air Resources Board In-Use Off-Road Diesel Vehicle Regulation. It therefore could be subject to retrofit or accelerated turnover requirements to reduce emissions of air pollutants. For more information, please visit the California Air Resources Board website at http://www.arb.ca.gov/msprog/ordiesel/ordiesel.htm*

### Thank you for your payment!



**RITCHIE BROS.**
**TRUCK PLANET**
IronPlanet, Inc.

5667 Gibraltar Drive
Suite 200
Pleasanton, CA USA, 94588
Phone: (800) 211-3983
Fax: (888) 433-3467
www.truckplanet.com

# Invoice

| Settlement Date | Invoice # |
|---|---|
| 8/27/19 | 281082-2506258 |

## Sold To

Travis Schwerbel

Po box 312
Terrebonne, OR 97760
USA

## Delivery Address

Travis Schwerbel

Po box 312
Terrebonne, OR 97760
USA

| User ID | Auction Date |
|---|---|
| 2965656 | 8/22/19 |

| Item # | Description | Amount |
|---|---|---|
| 2506258 | 1993 Strick Van Trailer S/N: 1S12E9538PE358584<br>Location: Chehalis, WA 98532, USA<br>(You must call at least 24 hours in advance to schedule pickup) | US $650.00 |
| | Transaction Fee | US $65.00 |
| | Sales Tax Exempt for Motor Vehicles | US $0.00 |
| | **Total:** | US $715.00 |
| | Wire Payment posted on 8/23/19 | US ($715.00) |
| | **Total Due :** | US $0.00 |

Note: All dates are in Pacific Standard Time. All prices are in USD

**Thank you for your payment!**



| | 5667 Gibraltar Drive<br>Suite 200<br>Pleasanton, CA USA, 94588<br>Phone: (800) 211-3983<br>Fax: (888) 433-3467<br>www.ironplanet.com | # Invoice |
|---|---|---|

| Settlement Date | Invoice # |
|---|---|
| 8/27/19 | 281082-2506259 |

## Sold To

Travis Schwerbel

Po box 312
Terrebonne, OR 97760
USA

## Delivery Address

Travis Schwerbel

Po box 312
Terrebonne, OR 97760
USA

| User ID | Auction Date |
|---|---|
| 2965656 | 8/22/19 |

| Item # | Description | Amount |
|---|---|---|
| 2506259 | 1995 Great Dane Van Trailer  S/N: 1GRAA0629SB195944<br>Location: Chehalis, WA 98532, USA<br>(You must call at least 24 hours in advance to schedule pickup) | US $600.00 |
| | Transaction Fee | US $60.00 |
| | Sales Tax Exempt for Motor Vehicles | US $0.00 |
| | Total: | US $660.00 |
| | Wire Payment posted on 8/23/19 | US ($660.00) |
| | Total Due : | US $0.00 |

Note: All dates are in Pacific Standard Time. All prices are in USD

### Thank you for your payment!

| | 5667 Gibraltar Drive | **Invoice** | |
|---|---|---|---|
| IronPlanet, Inc. | Suite 200 Pleasanton, CA USA, 94588 Phone: (800) 211-3983 Fax: (888) 433-3467 www.truckplanet.com | Settlement Date | Invoice # |
| | | 8/27/19 | 281082-2506263 |

**Sold To**

Andreas Hermansky

9184 James Blvd
Juneau, AK 99801
USA

**Delivery Address**

Andreas Hermansky

5615 W MARGINAL WAY SW
Seattle, WA 98106
USA

| User ID | Auction Date |
|---|---|
| 1547184 | 8/22/19 |

| Item # | Description | Amount |
|---|---|---|
| 2506263 | 2004 International 8600 S/A Day Cab Truck Tractors S/N: 1HSHWATN54J021562 Location: Chehalis, WA 98532, USA (You must call at least 24 hours in advance to schedule pickup) | US $4,000.00 |
| | Transaction Fee | US $400.00 |
| | Sales Tax Exempt for Motor Vehicles | US $0.00 |
| | Sales Tax Exempt for Motor Vehicles | US $0.00 |
| | Sales Tax Exempt for Motor Vehicles | US $0.00 |
| | **Total:** | US $4,400.00 |
| | Credit Card Payment posted on 8/28/19 | US ($4,400.00) |
| | **Total Due :** | US $0.00 |

Note: All dates are in Pacific Standard Time. All prices are in USD

*An on-road heavy-duty diesel or alternative-diesel vehicle operated in California may be subject to the California Air Resources Board Regulation to Reduce Particulate Matter and Criteria Pollutant Emissions from In-Use Heavy-Duty Diesel Vehicles. It therefore could be subject to exhaust retrofit or accelerated turnover requirements to reduce emissions of air pollutants. For more information, please visit the California Air Resources Board website at http://www.arb.ca.gov/dieseltruck. When operated in California, any off-road diesel vehicle may be subject to the California Air Resources Board In-Use Off-Road Diesel Vehicle Regulation. It therefore could be subject to retrofit or accelerated turnover requirements to reduce emissions of air pollutants. For more information, please visit the California Air Resources Board website at http://www.arb.ca.gov/msprog/ordiesel/ordiesel.htm*

**Thank you for your payment!**