Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In Re:<br><br>THREE J'S DISTRIBUTING, INC.<br><br>Debtors. | Case No. 18-32288-pcm7<br><br>NOTICE RE: LBR 5005-4 CERTIFICATION |
|---|---|

Dominguez Family Enterprises, Inc. ("***DFE***") hereby provides notice, pursuant to LBR 5005-4, that on September 11, 2020, it attempted to file an objection to the Motion and Notice of Intent to Settle and Compromise Adversary Proceeding 20-3063 and Order Thereon [Doc. #121] (the "***Settlement Motion***") filed by Rodolfo A. Camacho, Chapter 7 Trustee (the "***Trustee***"). At the time it attempted to file such objection, the Bankruptcy Court's CM/ECF filing system was unavailable. When encountering the unavailability of the electronic filing system, counsel for DFE immediately sent a copy of the objection to the Trustee's attorney via email. The objection has now been filed as ECF No. 123.

DATED: September 11, 2020.

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Attorney for Dominguez Family Enterprises, Inc.

Page 1 of 1   OBJECTION TO MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE

{00389057:1}

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I served the foregoing NOTICE RE: LBR 5005-4 CERTIFICATION on the following through the Court's CM/ECF electronic notice processes:

- TIMOTHY J CONWAY    tim.conway@tonkon.com, candace.duncan@tonkon.com;spencer.fisher@tonkon.com;leslie.hurd@tonkon.com
- DAVID W CRISWELL    criswelld@lanepowell.com, docketing-PDX@Lanepowell.com;holleym@lanepowell.com
- Rodolfo A Camacho    rudy.camacho@gmail.com, ecf.alert+rudycamacho@titlexi.com;lawknut@comcast.net
- ERICH M PAETSCH    epaetsch@sglaw.com, ktate@sglaw.com
- JONATHAN M RADMACHER    jonathanr@mcewengisvold.com, docketing@mcewengisvold.com;lisac@mcewengisvold.com
- PAUL M. ROSENBLATT    prosenblatt@kilpatricktownsend.com, sagreen@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com
- SHAWN P RYAN    shawn@sryanlaw.com, lynette@sryanlaw.com
- THOMAS W STILLEY    tom@sussmanshank.com, jhume@sussmanshank.com,ecf.thomas.stilley@sussmanshank.com;thomas-stilley-7866@ecf.pacerpro.com
- BRAD T SUMMERS    summerst@lanepowell.com, docketing-pdx@lanepowell.com;holleym@lanepowell.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

I further certify that I served the foregoing document on the following by First Class Mail, postage prepaid:

Bennington & Moshofsky PC
4800 SW Griffith Dr #350
Beaverton, OR 97005

EBONEY COBB
Perdue Brandon Fielder et al
500 E Border St #640
Arlington, TX 76010

Jorge Hasbun
9725 SW Beaverton-Hillsdale
#120
Beaverton, OR 97005

The Kroger Co
Law Department
Attn Kyle Grubbs
1014 Vine St
Cincinnati, OH 45202

B SCOTT WHIPPLE
Whipple Law Office, LLC
1675 SW Marlow Ave., Suite 201
Portland, OR 97225

DATED: September 14, 2020        MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Of Attorneys for Debtor

Page 1 of 1    OBJECTION TO MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE

{00389057:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com