UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re
**Three J's Distributing Inc.**

Case No. __18-32288-pcm7__

☐ Amended

**NOTICE OF INTENT TO SELL REAL OR PERSONAL PROPERTY, COMPENSATE REAL ESTATE BROKER, AND/OR PAY ANY SECURED CREDITOR'S FEES AND COSTS; MOTION FOR AUTHORITY TO SELL PROPERTY FREE AND CLEAR OF LIENS; AND NOTICE OF HEARING**
(Note: Do not use to sell personally identifiable information about individuals.)

Debtor(s)

**NOTICE IS GIVEN** that __Rodolfo A. Camacho__, the __Trustee__ (debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell the property free and clear of liens under 11 U.S.C. § 363(f) and the guidelines set forth in Local Bankruptcy Form 363, *Procedures re: Motions for Sale of All or Substantially All Assets*. The movant's name, address, and phone number are:
__Rodolfo A. Camacho__
__PO Box 13897, Salem, OR 97301__

If you wish to object to any aspect of the sale or fees disclosed in paragraph 7 or 15, you must:

1. Attend the hearing set in paragraph 16 below; and

2. Within 21 days after the later of the date next to the signature below or the service date in paragraph 17 below, file with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401:

   a. a written objection stating the specific facts upon which the objection is based, and

   b. a certificate of service of the objection on the movant.

This document constitutes the notice required by Local Bankruptcy Rule (LBR) 2002-1. All sections must be completed.

1. The specific subsections of 11 U.S.C. § 363(f) movant relies on for authority to sell the property free and clear of liens are:
11 U.S.C. § 363(f)(2) pursuant to settlement with Farmer Bros (ECF 121). Alternatively, 11 U.S.C. § 363(f)(4) because lien of Farmer Bros. is in bona fide dispute (Adv. Proc. 20-03063).

2. Buyer's name & relation to debtor:
   **Clackamas County Property, LLC. No relation to Debtor.**

3. General description of the property (if real property, state street address here. Also attach legal description as an exhibit to the notice filed with the court):
   **9812 SE Elon Street, Clackamas, OR 97015. See attached Exhibit A for legal description of real property.**

4. A copy of the full property description or inventory may be examined or obtained at:
   **By contacting Jorge Hasbun at 503-515-5511 to make arrangements.**

5. The property may be previewed at (include time and place):
   **By contacting Jorge Hasbun at 503-515-5511 to make arrangements.**

6. Other parties to the transaction and their relationship to the debtor are:
   **None.**

7. The gross sale price is: $ __**$540,000.00**__.

   All liens on the property total $ __**1,000,947.70**__, of which movant believes a total of $ __**916,885.00**__ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable).

   Secured creditor(s) also seek(s) reimbursement of $ __**0.00**__ for fees and costs.

   Total sales costs will be: $ __**74,400.00**__.

   All tax consequences have been considered, and it presently appears that the sale will result in net proceeds to the estate after payment of valid liens, fees, costs, and taxes of approximately: $ __**381,537.30**__.

8. The sale ☐ is ☒ is not (mark one) of substantially all of the debtor's assets. Terms and conditions of sale:
   **$540,000.00 Purchase Price**
   **6% Broker Fee (2.7% Seller and 3.3% Buyer)**
   **Sale estimated to generate $42,000.00 in tax liability**
   **Sale contingent on Bankruptcy Court approval**
   **Closing to occur 10 days after order approving sale**

9. Competing bids must be submitted to the movant no later than __10/23/2020__ and must exceed the above offer by at least __$25,000.00__ and be on the same or more favorable terms to the estate.

10. Summary of all available information regarding valuation, including any independent appraisals:
**There is no recent comparable sales data. There have been no recent independent appraisals of the property.**

11. If paragraph 7 indicates little or no equity for the estate, the reason for the sale is:
**N/A**

and expenses and taxes resulting from the sale will be paid as follows:

12. (Chapter 11 cases only) The reason for proposing the sale before confirmation of a plan of reorganization is:
**N/A**

13. The following information relates to lienholders (who are listed in priority order):

| Name | Service Address (See FRBP 7004) | Approx. Lien Amount | Indicate Treatment at Closing (Fully Paid, Partially Paid, or Not Paid.) |
|---|---|---|---|
| **Farmer Bros. Co.** | B. Scott Whipple<br>Whipple Law Office, LLC<br>1675 Marlow, Avenue, Suite 201<br>Portland, Oregon | $75,000.00 | Paid in accordance with settlement |
| | 1912 Farmer Brothers Drive<br>Northlake, TX 76262<br>Attn: Tom Mattei, Jr. | | |
| **Clackamas County** | Clackamas County Tax<br>150 Beavercreek Road<br>Oregon City, OR 97045 | $9,062.70 | Paid in full |

14. Any liens not fully paid at closing will attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs, or other charges as provided in this motion, must be held in trust until the court orders payment.

15. (If real property) The court appointed real estate broker, __Jorge Hasbun__, will be paid __$14,580 (2.7% of gross sale price).__

16. A hearing on this motion and any objections to the sale or fees is scheduled as follows:
    Date: __10/27/2020__  Time: __9:30 a.m.__  Location: __Telephonic Dial-in 888-684-8852; Access Code: 1238244__
    Testimony will be received if offered and admissible. If no timely objection is filed, the hearing may be canceled and an order submitted. Parties are encouraged to check the hearing calendar at https://www.orb.uscourts.gov after the objection deadline has passed.

17. I certify that on __09/30/2020__ this document was served, under FRBP 7004, on the debtor(s), trustee (if any), U.S. Trustee, each named lienholder at the address listed above, the creditors' committee chairperson (if any), and their attorneys; and (unless movant is a chapter 7 trustee) that it was also sent on that date, pursuant to FRBP 2002(a), to all creditors and all parties as listed in the court's records that were obtained on _____, a copy of which is attached to the document filed with the court.

18. For further information, contact: __David Criswell, Counsel to Trustee__
    Phone: __503-778-2198__   Email: __CriswellD@lanepowell.com__


__09/30/2020__                    __/s/ David W. Criswell, Counsel to Trustee__
Date                              Signature & Relation to Movant

                                  _____
                                  Debtor's Taxpayer ID#(s) (last 4 digits)
                                  (If debtor is movant)

# EXHIBIT "A"
Legal Description

PARCEL I:

Lots 1, 2, 3, 4, 5, 6, 7 and 8, Block 13, HOLLYWOOD GARDENS, in the County of Clackamas and State of Oregon.

PARCEL II:

Lots 13, 14, 15, 16, 17, 18, 19 and 20, Block 13, HOLLYWOOD GARDENS, in the County of Clackamas and State of Oregon.

TOGETHER WITH that portion of vacated Goddard Avenue which inured thereto upon vacation thereof; EXCEPTING THEREFROM that portion lying within Violet Avenue.