# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | | |
|---|---|---|
| In re: Three J's Distributing Inc | § | Case No. 18-32288-pcm-7 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RODOLFO CAMACHO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, U S Bankruptcy Court
1050 SW 6th Ave.
Suite 700
Portland, OR  97204

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 23 days from the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  05/12/2021      By:  /s/ RODOLFO CAMACHO
                                       Trustee

RODOLFO CAMACHO
2755 Commercial St SE
#101-340
Salem, OR  97302
(503) 244-4810
trustee@camacholaw.com

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

In re: Three J's Distributing Inc § Case No. 18-32288-pcm-7
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATION FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 1,396,880.52 |
| *and approved disbursements of* | $ 578,280.38 |
| *leaving a balance on hand of* [1] | $ 818,600.14 |
| **Balance on hand:** | $ 818,600.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7-1 | Arlington Independent School District | 8,449.70 | 8,449.70 | 0.00 | 8,449.70 |
| 44-1 | Christopher Church & Sheryl Church c/o Thomas W. Stilley | 857,272.44 | 210,000.00 | 210,000.00 | 0.00 |
| 54-1 | Farmer Bros. Co | 75,000.00 | 75,000.00 | 75,000.00 | 0.00 |
| 59-1 | Tarrant County Elizabeth Weller Linebarger Goggan Blair & Sampson, LLP | 7,333.85 | 0.00 | 0.00 | 0.00 |
| 61-2 | Tarrant County - Elizabeth Weller | 7,267.68 | 7,267.68 | 0.00 | 7,267.68 |
| 64-1 | HAPO Community Credit Union | 119,100.69 | 136,496.65 | 136,496.65 | 0.00 |
| 67-1 | Tarrant County - Elizabeth Weller | 6,202.33 | 6,202.33 | 0.00 | 6,202.33 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 21,919.71 |
| Remaining balance: | $ 796,680.43 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - RODOLFO CAMACHO | 65,060.04 | 0.00 | 65,060.04 |
| Trustee, Expenses - RODOLFO CAMACHO | 100.30 | 0.00 | 100.30 |
| Attorney for Trustee, Fees - Lane Powell PC | 50,545.50 | 47,550.50 | 2,995.00 |
| Attorney for Trustee, Expenses - Lane Powell PC | 1,170.21 | 1,170.21 | 0.00 |
| Accountant for Trustee, Fees - Bennington & Moshofsky, P.C. | 23,993.00 | 0.00 | 23,993.00 |
| Accountant for Trustee, Expenses - Bennington & Moshofsky, P.C. | 238.15 | 0.00 | 238.15 |
| Auctioneer, Fees - Iron Planet | 1,522.50 | 1,522.50 | 0.00 |
| Auctioneer, Expenses - Iron Planet | 1,690.00 | 1,690.00 | 0.00 |
| Other, Fees - Kenneth S. Eiler, PC | 21,130.00 | 21,130.00 | 0.00 |
| Other, Expenses - Kenneth S. Eiler, PC | 270.22 | 270.22 | 0.00 |
| Other, Fees - Lane Powell PC | 22,597.50 | 22,597.50 | 0.00 |
| Other, Fees - MORE Realty Inc | 32,400.00 | 32,400.00 | 0.00 |
| Other, Expenses - Lane Powell PC | 52.50 | 52.50 | 0.00 |
| Other, Expenses - United States Bakery c/o Tonkon Torp LLP | 7,044.00 | 0.00 | 7,044.00 |

Total to be paid for chapter 7 administration expenses: $ 99,430.49
Remaining balance: $ 697,249.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 697,249.94

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,266.12 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | Internal Revenue Service | 1,233.80 | 0.00 | 1,233.80 |

**UST Form 101-7-NFR (10/1/2010)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | Internal Revenue Service | 1,989.25 | 0.00 | 111.45 |
|  | OREGON DEPARTMENT OF REVENUE | 145.00 | 0.00 | 145.00 |
|  | OREGON DEPARTMENT OF REVENUE | 234.01 | 0.00 | 13.11 |
| 45-1 | Kelly Edwards | 1,552.78 | 0.00 | 1,552.78 |
| 46-1 | Ryan Stell | 237.50 | 0.00 | 237.50 |
| 47-1 | Paul Conn | 1,020.00 | 0.00 | 1,020.00 |
| 48-1 | Tammy Lay | 336.00 | 0.00 | 336.00 |
| 49-1 | Jeff Hartung | 560.00 | 0.00 | 560.00 |
| 50-1 | Kevin Barden | 5,877.13 | 0.00 | 5,877.13 |
| 58-1 | Jon Jones | 8,080.65 | 0.00 | 8,080.65 |

Total to be paid for priority claims: $ 19,167.42
Remaining balance: $ 678,082.52

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,103,647.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.602 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1-1 | Coyote Logistics LLC | 0.00 | 0.00 | 0.00 |
| 2-1 | Southern California Edison Company | 1,619.74 | 0.00 | 90.75 |
| 3-1 | Coyote Logistics LLC | 65,011.00 | 0.00 | 3,642.42 |
| 4-1 | Express Employment Professionals | 14,307.64 | 0.00 | 801.62 |
| 5-1 | Three J's Distributing, Inc. by | 0.00 | 0.00 | 0.00 |
| 6-1 | Hendrickson Truck Lines, Inc. | 59,991.90 | 0.00 | 3,361.21 |
| 8-1 | Bennett/Porter & Associates, Inc. | 2,237.00 | 0.00 | 125.33 |
| 9-1 | Cellco Partnership dba Verizon Wireless | 3,603.86 | 0.00 | 201.92 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 10-1 | Portland General Electric (PGE) | 6,121.30 | 0.00 | 342.96 |
| 11-1 | Granite Creditors Service, Inc. | 440.93 | 0.00 | 24.70 |
| 12-1 | Sage LLC | 552.15 | 0.00 | 30.94 |
| 13-1 | Portland Specialty Baking LLC | 258,408.48 | 0.00 | 14,478.04 |
| 14-1 | Carriernet Group Financial | 99,615.00 | 0.00 | 5,581.20 |
| 15-1 | Healthbreads, Inc. DBA Oasis Breads | 133,379.90 | 0.00 | 7,472.97 |
| 16-1 | Clark Pest Control | 233.00 | 0.00 | 13.05 |
| 17-1 | 6565 S.E. Alberta St. | 1,023.00 | 0.00 | 0.00 |
| 18-1 | NW Natural | 2,558.24 | 0.00 | 143.33 |
| 19-1 | Three Js Distributing, Inc. | 0.00 | 0.00 | 0.00 |
| 20-1 | Gold Coast Baking Company, Inc. | 29,509.92 | 0.00 | 1,653.37 |
| 21-2 | Maxims Nutricare Inc., dba Papa Pita Bakery6208 West Dannon WayWest Jordan, UT 84081 | 174,835.50 | 0.00 | 9,795.63 |
| 22-1 | The Bread Garden Ltd | 22,928.18 | 0.00 | 1,284.61 |
| 23-1 | JMR Group dba: McCoy Freightliner | 274.99 | 0.00 | 15.41 |
| 24-1 | Patriot Environmental | 9,231.12 | 0.00 | 517.20 |
| 25-1 | Horizon Snack Foods, Inc | 504,094.19 | 0.00 | 28,243.25 |
| 26-1 | Columbia Oregon 98th Industrial, LLC | 199,593.85 | 0.00 | 11,182.79 |
| 27-1 | United States Bakery | 437,584.10 | 0.00 | 24,516.84 |
| 28-1 | J&J Towing | 520.00 | 0.00 | 29.13 |
| 29-1 | Fisher Phillips | 26,582.95 | 0.00 | 1,489.38 |
| 30-2 | La Bonita Mexican Bakery | 21,409.96 | 0.00 | 1,199.55 |
| 31-1 | Alpine Valley Bread Company | 6,205.39 | 0.00 | 347.67 |
| 32-1 | Dave's Killer Bread, Inc. | 2,690,353.38 | 0.00 | 150,734.38 |
| 33-1 | The Kroger Co. dba Inter-American Products | 564,089.90 | 0.00 | 31,604.67 |
| 34-1 | MYOB, LLC c/o Saalfeld Griggs PC | 22,411.17 | 0.00 | 1,255.65 |
| 35-1 | The Laura Scudders Company LLC | 15,168.00 | 0.00 | 849.83 |
| 36-2 | Liberty Mutual Insurance Justin Gauthier | 81,614.51 | 0.00 | 4,572.68 |
| 37-1 | Express Employment Professionals | 611.01 | 0.00 | 34.23 |
| 38-1 | Ernest Packaging Solutions | 12,852.76 | 0.00 | 720.11 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 39 | Eurobake Corporation c/o Paul Galm | 58,523.44 | 0.00 | 3,278.94 |
| 40-1 | Verizon by American InfoSource as agent | 1,434.35 | 0.00 | 80.36 |
| 41-1 | Mi-Rancho Tortillas, Inc | 57,737.16 | 0.00 | 3,234.88 |
| 42-1 | HIGHS TRAILER REPAIR | 351.01 | 0.00 | 19.67 |
| 43-1 | Russian Chocolate, Inc. | 19,363.20 | 0.00 | 1,084.88 |
| 44-1 | Christopher Church & Sheryl Church c/o Thomas W. Stilley | 647,272.44 | 0.00 | 36,265.20 |
| 51-2 | Mary Anns Baking Co., Inc. | 22,492.80 | 0.00 | 1,260.22 |
| 52-1 | 1138, Inc dba Validity Screening Solutions | 460.00 | 0.00 | 25.77 |
| 53-1 | LUCERNE FOODS, INC. | 1,441,719.00 | 0.00 | 80,776.23 |
| 54-1 | Farmer Bros. Co | 0.00 | 0.00 | 0.00 |
| 55-1 | Dominguez Family Enterprises, Inc | 4,261,319.71 | 0.00 | 238,752.06 |
| 57-1 | Go Trade Logistics Corporation Finnerty Law Offices, Inc | 98,000.00 | 0.00 | 5,490.72 |
| 58-1 | Jon Jones | 26,000.76 | 0.00 | 1,456.77 |

Total to be paid for timely general unsecured claims: $ 678,082.52
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $78,024.84 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 60-1 | Mercury Plastics of Canada, formerly Western Conco | 75,691.79 | 0.00 | 0.00 |
| 62-1 | ADP LLC | 1,232.17 | 0.00 | 0.00 |
| 63-1 | MYOB, LLC dba Wholesale Baking c/o Saalfeld Griggs PC | 608.32 | 0.00 | 0.00 |
| 65-1 | Sparkletts | 492.56 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

        Total to be paid for subordinated claims:     $     0.00
        Remaining balance:     $     0.00

Prepared By: /s/ RODOLFO CAMACHO
                   Trustee

RODOLFO CAMACHO
2755 Commercial St SE
#101-340
Salem, OR 97302
(503) 244-4810
trustee@camacholaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**