Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re )
**THREE J'S DISTRIBUTING, INC.** ) Case No. **18-32288-pcm7**
)
) ORDER ALLOWING PROFESSIONAL
) COMPENSATION & EXPENSES; AND
Debtor(s) ) DIRECTING DISTRIBUTION OF ASSETS

The trustee's final report having either come on for hearing, or the creditors having waived their opportunity for a hearing after due notice, or the net proceeds realized were insufficient to require a final notice; now therefore,

IT IS ORDERED that the following court costs, and professional compensation and expenses, are specifically allowed by the court:

| | |
|---|---:|
| COURT COSTS: | $ 0.00 |
| **Rodolfo A. Camacho, Trustee Compensation** | **$65,060.04** |
| **Rodolfo A. Camacho, Trustee Expenses** | **$100.30** |
| **Lane Powell, PC, Attorney for Trustee compensation** | **$2,995.00** |
| **Bennington & Moshofsky, PC, Accountant for Trustee compensation** | **$23,993.00** |
| **Bennington & Moshofsky, PC, Accountant for Trustee expenses** | **$238.15** |

IT IS FURTHER ORDERED that the trustee pay the claims allowed against the estate, pursuant to 11 U.S.C. §726, from the balance of estate assets.

740.3 (3/1/16) ###